AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| WSOU INVESTMENTS, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:20-CV-812-ADA |
| JUNIPER NETWORKS, INC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff WSOU Investments, LLC                    .

Date:     09/17/2020                              /s/ David M. Stein
                                                  *Attorney's signature*

                                    David M. Stein, TX 00797494 (admission pending)
                                            *Printed name and bar number*

                                                Brown Rudnick LLP
                                                2211 Michelson Drive
                                                Irvine, CA 92612
                                                    *Address*

                                            dstein@brownrudnick.com
                                                *E-mail address*

                                                (949) 440-0231
                                                *Telephone number*

                                                (949) 486-3686
                                                    *FAX number*