# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC.<br><br>Defendant. | Civil Action No.: 6:20-cv-00812-ADA<br>6:20-cv-00813-ADA<br>6:20-cv-00814-ADA<br>6:20-cv-00815-ADA<br>6:20-cv-00816-ADA<br>6:20-cv-00902-ADA<br>6:20-cv-00903-ADA<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT JUNIPER NETWORKS, INC.'S RULE 7.1 DISCLOSURE STATEMENT

In compliance with Federal Rule of Civil Procedure 7.1, Defendant Juniper Networks, Inc. ("Juniper") hereby discloses that there is no parent corporation of Juniper or publicly held corporation owning 10% or more of Juniper's stock.

Dated:  November 17, 2020         /s/ B. Russell Horton
B. Russell Horton
rhorton@gbkh.com
State Bar No. 10014450
George Brothers Kincaid & Horton LLP
114 West 7th Street, Suite 1100
Austin, TX 78701
Telephone: (512) 495-1400
Facsimile: (512-499-0094

Kevin P.B. Johnson
kevinjohnson@quinnemanuel.com
Todd Briggs (admission pending)
toddbriggs@quinnemanuel.com
Margaret Shyr (*pro hac vice* application to be filed)
margaretshyr@quinnemanuel.com
Joseph E. Reed (*pro hac vice* application to be filed)
joereed@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Nima Hefazi (*pro hac vice* application to be filed)
nimahefazi@quinnemanuel.com
Pushkal Mishra (*pro hac vice* application to be filed)
pushkalmishra@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Counsel for Defendant*
*Juniper Networks, Inc.*

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on November 17, 2020, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

Dated:  November 17, 2020

*/s/ B. Russell Horton*
B. Russell Horton