# EXHIBIT A



# Brazos Licensing & Development

# Helping inventors develop, secure and monetize patents through advisory, financing and technology incubation



About   What We Do   Coworking   Contact Us

# What we do

From soup to nuts, we'll help you develop a game-plan around your patents, execute licensing agreements, litigate against infringers and more…



## Licensing & Monetization

The Brazos team has negotiated licenses with the largest, most sophisticated companies in the world



## Litigation

We prefer to negotiate licenses, but some companies prefer to use your IP without paying. We'll take on the infringers



## Strengthening

Advisory on patent purchases and dispositions to build and enhance the moat around your technology

Learn More



Company

Stay in Touch

| Brazos Licensing & Development | What We Do | Contact Us | Sign up for updates from our blog |
|---|---|---|---|
| 605 Austin Ave, Suite 6 | Coworking | Linkedin | We update our blog a couple times per month with Brazos-specific and broader industry news. Sign up to stay current with the latest! |
| Waco, TX 76701 | Meet the Team | Twitter | |
| | Blog | | |

Enter your email

Subscribe

Copyright © 2020 Brazos Licensing and Development