# EXHIBIT D

## Contact

www.linkedin.com/in/craig-etchegoyen-aa8a07199 (LinkedIn)

# Craig Etchegoyen

Chairman at WSOU investments

Kailua-Kona

## Experience

PARTIE

Chief Executive Officer

WSOU investments

Chairman

January 2017 - Present (3 years 11 months)

Hawaii, United States

———