# EXHIBIT E

# Contact

www.linkedin.com/in/craig-etchegoyen-72244a13 (LinkedIn)

# Craig Etchegoyen

sir at uniloc
Newport Beach

## Experience

**uniloc**
sir

———