# EXHIBIT F

## Contact

www.linkedin.com/in/aaron-garvey-625681a4 (LinkedIn)

## Top Skills

Hedge Funds
Capital Markets
Derivatives

# Aaron Garvey

Head of Finance at Brazos Licensing and Development
New York

## Summary

Creating financial solutions designed to deploy, enforce, and protect patent assets.

---

## Experience

**Argos IP Advisors**
Partner
April 2019 - Present (1 year 8 months)
New York, NY

Specialists in financial services innovation for patent assets

**Brazos Licensing and Development**
Head of Finance
August 2017 - Present (3 years 4 months)
Waco, Texas, United States

**Macro Portfolio Manager**
Seeking New Opportunities
January 2017 - August 2017 (8 months)

**Marinus Capital**
Macro Portfolio Manager
May 2015 - November 2016 (1 year 7 months)
Darien, CT

**Davy Capital**
Macro Portfolio Manager
2014 - 2014 (less than a year)

**Brevan Howard**
Senior Portfolio Manager
2013 - 2014 (1 year)

**MKP Capital Management, L.L.C.**

16 years

Senior Portfolio Manager
2003 - 2012 (9 years)

Portfolio Manager
2000 - 2003 (3 years)

Associate Portfolio Manager
1996 - 2000 (4 years)

---

## Education

Amherst College
Bachelor's Degree