# EXHIBIT H

## Contact

www.linkedin.com/in/matthew-hogan-76155b23 (LinkedIn)
medium.com/@datacoup (Blog)

## Top Skills

Bloomberg
Intex
Fixed Income

# Matthew Hogan

Managing Director at Brazos Licensing and Development
Waco

## Experience

**Brazos Licensing and Development**
Managing Director
January 2020 - Present (11 months)
Waco, Texas, United States

Brazos Licensing and Development is a patent advisory and monetization platform. We help entrepreneurs, inventors, technologists and patent owners exercise their intellectual property rights. We also provide funding and liquidity in patent-related transactions.

**Datacoup**
CEO/Founder
May 2012 - January 2020 (7 years 9 months)

**Deutsche Bank**
Vice President: Fixed Income Sales
June 2010 - February 2011 (9 months)
New York

Vice President: Institutional Fixed Income sales

All Securitized products.

**CRT Capital Group**
Vice President: Fixed Income Sales
December 2008 - March 2010 (1 year 4 months)
Stamford Connecticut

Vice President: Institutional Fixed Income Sales

All Securitized Products.

**Lehman Brothers, Inc**
Associate: Institutional Fixed Income Sales
November 2003 - November 2008 (5 years 1 month)
Greater New York City Area & San Francisco

Operations Analyst in New york Nov. 03 - Aug. 05

Fixed Income Sales Associate In San Francisco Aug 05 - Nov. 08

Page 1 of 2

## Education

Boston College
BS, Marketing · (1999 - 2003)

scarsdale
· (1995 - 1999)