# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC.<br><br>Defendant. | Civil Action No.: 6:20-cv-00812-ADA<br>6:20-cv-00813-ADA<br>6:20-cv-00814-ADA<br>6:20-cv-00815-ADA<br>6:20-cv-00816-ADA<br>6:20-cv-00902-ADA<br>6:20-cv-00903-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JUNIPER NETWORKS, INC.'S OPPOSED MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA

Before the Court is Defendant Juniper Networks, Inc.'s Opposed Motion to Transfer Venue to the United States District Court for the Northern District of California. The Court, having considered the same, is of the opinion the motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Juniper Networks, Inc.'s Opposed Motion to Transfer Venue to the Northern District of California is GRANTED. The above-captioned actions shall be transferred to the United States District Court for the Northern District of California.

SIGNED this _____ day of _____, 202__.

_____
HON. ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE