

| | | |
|---|---|---|
| **J**EANNETTE **J. C**LACK<br>**C**LERK OF **C**OURT | **UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF TEXAS**<br>**OFFICE OF THE CLERK**<br>**800 FRANKLIN AVE., ROOM 380**<br>**WACO, TX  76701** | **P**HILIP **J. D**EVLIN<br>**C**HIEF **D**EPUTY |

**December 4, 2020**

Pushkal Mishra
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

**Re:  Civil Case No. W-20-cv-813-ADA,** WSOU Investments LLC v. Juniper Networks, Inc.

Dear Pushkal Mishra,

Our records indicate that you are not admitted to practice in this Court.  Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding.  Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a motion requesting the Court's permission to appear in the above captioned case.  If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov.  If you are an attorney who maintains his or her office outside of the Western District of Texas, the judge may require you to designate local counsel.  (Local Rule AT-2).

If you have any questions concerning this matter, please contact our office.

Sincerely,

*Akeita Michael*

Deputy Clerk