# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

WSOU INVESTMENTS, LLC D/B/A BRAZO

vs.

JUNIPER NETWORKS, INC.

Case No.: 6:20-cv-00812-ADA
6:20-cv-00813-ADA; 6:20-cv-00814-ADA;
6:20-cv-00815-ADA; 6:20-cv-00816-ADA;
6:20-cv-00902-ADA; 6:20-cv-00903-ADA

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by Margaret Shyr , counsel for

Juniper Networks, Inc. , and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Margaret Shyr may appear on behalf of Juniper Networks, Inc.

in the above case.

IT IS FURTHER ORDERED that Margaret Shyr , if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of December , 20 20 .


_____

UNITED STATES DISTRICT JUDGE