## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### WACO DIVISION

WSOU INVESTMENTS, LLC D/B/A BRAZO

vs.

JUNIPER NETWORKS, INC.

Case No.: **6:20-cv-00903-ADA**
6:20-cv-00902-ADA;
6:20-cv-00812-ADA;
6:20-cv-00813-ADA;
6:20-cv-00814-ADA;
**ORDER** 6:20-cv-00815-ADA;
6:20-cv-00816-ADA

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by _Nima Hefazi_____, counsel for

_JUNIPER NETWORKS, INC_____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

_Nima Hefazi_____ may appear on behalf of _JUNIPER NETWORKS, INC_____

in the above case.

IT IS FURTHER ORDERED that _Nima Hefazi_____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.


_____

UNITED STATES DISTRICT JUDGE