# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC.<br><br>Defendant. | Civil Action No.: 6:20-cv-00812-ADA<br>6:20-cv-00813-ADA<br>6:20-cv-00814-ADA<br>6:20-cv-00815-ADA<br>6:20-cv-00816-ADA<br>6:20-cv-00902-ADA<br>6:20-cv-00903-ADA<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JUNIPER NETWORKS, INC.'S MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF ITS MOTION TO TRANSFER**

Before the Court is Defendant Juniper Networks, Inc.'s Motion to Stay Proceedings Pending Resolution of its Motion to Transfer.  The Court, having considered the same, is of the opinion the motion should be GRANTED.  All non-transfer-related deadlines are hereby STAYED until the Court rules on Juniper's Motion to Transfer.