UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC.<br><br>Defendant. | Civil Action No.: 6:20-cv-00812-ADA<br>6:20-cv-00813-ADA<br>6:20-cv-00814-ADA<br>6:20-cv-00815-ADA<br>6:20-cv-00816-ADA<br>6:20-cv-00902-ADA<br>6:20-cv-00903-ADA<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING JUNIPER NETWORKS, INC.'S MOTION TO EXPEDITE HEARING ON ITS MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF ITS MOTION TO TRANSFER**

Before the Court is Defendant Juniper Networks, Inc.'s Motion to Expedite Hearing on Its Motion to Stay Proceedings Pending Resolution of Its Motion to Transfer. The Court, having considered the same, is of the opinion the motion should be GRANTED. Brazos's opposition to Juniper's motion is due on Friday, February 5, 2021; Juniper's reply is due on Monday, February 8, 2021, and the hearing is set for Tuesday, February 9, 2021.