# EXHIBIT L

|  | Application No. | Applicant(s) |  |
|---|---|---|---|
| **Notice of Allowability** | 10/613,104 | CHEN ET AL. |  |
|  | Examiner | Art Unit |  |
|  | WANDA Z. RUSSELL | 2416 |  |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *12/23/2008*.

2. ☒ The allowed claim(s) is/are *1-4, 6, 5, 7, 9-18, 20-26, 29, 31-48, 51, and 53-56 (renumbered as 1-48)*.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☐ All    b) ☐ Some*   c) ☐ None   of the:
        1. ☐ Certified copies of the priority documents have been received.
        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE**.

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .
    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
        Paper No./Mail Date _____ .
    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☒ Notice of References Cited (PTO-892)
2. ☐ Notice of Draftperson's Patent Drawing Review (PTO-948)
3. ☐ Information Disclosure Statements (PTO/SB/08),
    Paper No./Mail Date _____
4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application
6. ☒ Interview Summary (PTO-413),
    Paper No./Mail Date *2/13/2009* .
7. ☒ Examiner's Amendment/Comment
8. ☐ Examiner's Statement of Reasons for Allowance
9. ☐ Other _____ .

/Wanda Z Russell/
Examiner, Art Unit 2416

| *Examiner-Initiated Interview Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 10/613,104 | CHEN ET AL. |
| | Examiner | Art Unit |
| | WANDA Z. RUSSELL | 2416 |

**All Participants:**  **Status of Application:** _____

(1) <u>WANDA Z. RUSSELL</u>.  (3) _____.

(2) <u>John Curtin</u>.  (4) _____.

**Date of Interview:** <u>13 February 2009</u>   **Time:** _____

**Type of Interview:**
☒ Telephonic
☐ Video Conference
☐ Personal (Copy given to: ☐ Applicant   ☐ Applicant's representative)

**Exhibit Shown or Demonstrated:**   ☐ Yes   ☐ No
If Yes, provide a brief description:   .

**Part I.**

Rejection(s) discussed:
*N/A*

Claims discussed:
*1, and 17*

Prior art documents discussed:
*N/A*

**Part II.**

SUBSTANCE OF INTERVIEW DESCRIBING THE GENERAL NATURE OF WHAT WAS DISCUSSED:
*The attorney agreed to the examiner's amendment for single means issue to expedite prosecution of the application.*

**Part III.**

☐ It is not necessary for applicant to provide a separate record of the substance of the interview, since the interview directly resulted in the allowance of the application. The examiner will provide a written summary of the substance of the interview in the Notice of Allowability.

☒ It is not necessary for applicant to provide a separate record of the substance of the interview, since the interview did not result in resolution of all issues. A brief summary by the examiner appears in Part II above.

/Seema S. Rao/
Supervisory Patent Examiner, Art Unit 2416

(Applicant/Applicant's Representative Signature – if appropriate)

Application/Control Number: 10/613,104 Page 2
Art Unit: 2416

## DETAILED ACTION

### *Allowable Subject Matter*

1. Claims 1-4, 6, 5, 7, 9-18, 20-26, 29, 31-48, 51, and 53-56 are allowed and renumbered as 1-48.

### *Response to Arguments*

2. Applicant's arguments, see Arguments/Remarks, filed 8/27/2008, with respect to claims 1-4, 6, 5, 7, 9-18, 20-26, 29, 31-48, 51, and 53-56 have been fully considered and are persuasive. The rejection of claims 1-4, 6, 5, 7, 9-18, 20-26, 29, 31-48, 51, and 53-56 has been withdrawn.

### **EXAMINER'S AMENDMENT**

3. An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Authorization for this examiner's amendment was given in a telephone interview with John Curtin on 2/13/2009.

In claim 1, line 2, -in a transmission section- is added after the word "send".

In claim 1, line 5, -in a receiving section- is added after the word "receive".


17. (currently amended) A network device operable to<u>:</u>

<u>by itself</u> generate ~~independently~~ <u>in a transmission section</u> and send a backward path reservation message to a destination after receiving <u>in a receiving section</u> a backward

path request message <u>of a separately generated, initial forward path request message associated with a forward Label Switched Path (LSP)</u> from the destination in order to establish a backward LSP between the device and the destination.

39. (currently amended) A method for creating a bi-directional LSP comprising the steps of <u>by a network device</u> generating and sending a backward path reservation message to a destination after receiving a backward path request message <u>of a separately generated, initial forward path request message associated with a forward Label Switched Path (LSP)</u> from the destination in order to establish a backward LSP between the device and the destination.

55. (currently amended) A network device comprising means for <u>by itself</u> generating and sending a backward path reservation message to a destination after receiving a backward path request message <u>of a separately generated, initial forward path request message associated with a forward Label Switched Path (LSP)</u> from the destination in order to establish a backward LSP between the device and the destination.

### *Citation of Pertinent Art*

The prior art made of record and not relied upon is considered pertinent to applicant's disclosure. Meempat et al. (US Patent 6,904,017 B1) teach that reverse path may be different in than the forward path (see col. 10, lines 6-10); and MPLS is applied for both directions (see col. 5, line 55 to col. 6, line 10).

Application/Control Number: 10/613,104 Page 4
Art Unit: 2416

## *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to WANDA Z. RUSSELL whose telephone number is (571)270-1796. The examiner can normally be reached on Monday-Thursday 9:00-6:00 EST.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Seema Rao can be reached on (571) 272-3174. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Seema S. Rao/
Supervisory Patent Examiner, Art Unit 2416

/Wanda Z Russell/
Examiner, Art Unit 2416