**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>  Plaintiff,<br><br>  v.<br><br>JUNIPER NETWORKS, INC.,<br><br>  Defendant. | Nos. 6:20-cv-00812-ADA<br>6:20-cv-00813-ADA<br>6:20-cv-00814-ADA<br>6:20-cv-00815-ADA<br>6:20-cv-00902-ADA<br>6:20-cv-00903-ADA<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF CORRECTION**

**TO**

**WSOU Investments, LLC d/b/a Brazos Licensing and Development's Opposition to Juniper Network's Motion to Transfer Venue Under 28 U.S.C. § 1404(a)**

Case Nos. 6:20-cv-812 (Dkt. 46),
-813 (Dkt. 46),
-814 (Dkt. 43),
-815 (Dkt. 44),
-902 (Dkt. 38), and
-903 (Dkt. 39)

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development hereby notifies the Court of correction to two exhibit citations in Brazos's Opposition to Juniper's Motion to Transfer Venue Under 28 U.S.C. § 1404(a) (Case Nos. 6:20-cv-812 (Dkt. 46), -813 (Dkt. 46), -814 (Dkt. 43), -815 (Dkt. 44), -902 (Dkt. 38), and -903 (Dkt. 39)):

1. Page 4, fn 7 of brief: Citation to Ex. A at 3**5**:7–9 should be Ex. A at 3**4**:7–9.
2. Page 9 of brief: Citation to "Ex. **I**" should be to "Ex. **H**."

Dated: April 26, 2021

Respectfully submitted,

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
100 Congress Avenue, Suite 2000
Austin, Texas 78701
tel/fax: (512) 677-6825

Alessandra C. Messing
New York State Bar No. 5040019
amessing@brownrudnick.com
Timothy J. Rousseau
New York State Bar No. 4698742
trousseau@brownrudnick.com
Yarelyn Mena
(*pro hac vice*)
ymena@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, New York 10036
telephone:    (212) 209-4800
facsimile:    (212) 209-4801

Edward J. Naughton
Massachusetts State Bar No. 600059
enaughton@brownrudnick.com
Rebecca MacDowell Lecaroz
(*pro hac vice*)
rlecaroz@brownrudnick.com
BROWN RUDNICK LLP

1

One Financial Center
Boston, Massachusetts 02111
telephone:	(617) 856-8200
facsimile:	(617) 856-8201

David M. Stein
Texas State Bar No. 797494
dstein@brownrudnick.com
Sarah G. Hartman
California State Bar No. 281751
shartman@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California 92612
telephone:	(949) 752-7100
facsimile:	(949) 252-1514

*Counsel for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*