# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC.<br><br>Defendant. | Civil Action No.: 6:20-cv-00812-ADA<br>6:20-cv-00813-ADA<br>6:20-cv-00814-ADA<br>6:20-cv-00815-ADA<br>6:20-cv-00902-ADA<br>6:20-cv-00903-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JUNIPER NETWORKS, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS REGARDING INDIRECT INFRINGEMENT

Before the Court is Defendant Juniper Networks, Inc.'s Motion for Judgment on the Pleadings Regarding Indirect Infringement. The Court, having considered the same, is of the opinion the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that: All claims for indirect infringement are dismissed with prejudice.