# Exhibit E

Case 6:20-cv-00812-ADA   Document 50-7   Filed 04/30/21   Page 2 of 3

 **Maps** | 800 Franklin Ave #301, Waco, TX 76701 to 10814 Jollyville Rd, Austin, TX 78759 | Drive 94.7 miles, 1 hr 43 min

## 800 Franklin Ave #301
Waco, TX 76701

**Get on I-35 S from S 6th St**

4 min (0.9 mi)

1. Head northeast on Franklin Ave toward S 8th St

   0.2 mi

2. Turn right onto S 6th St
   
   ℹ️ Pass by McAlister's Deli (on the left in 0.5 mi)

   0.6 mi

3. Turn right onto N Interstate 35 Frontage Rd/S Jack Kultgen Expy/J H Kultgen Expy

   331 ft

4. Use the left lane to take the ramp onto I-35 S

   282 ft

**Follow I-35 S to Mopac Service Rd in Austin. Take the exit toward Braker Ln from TX-1 Loop S**

1 hr 20 min (92.5 mi)

5. Merge onto I-35 S

   41.5 mi

6. Keep left to stay on I-35 S

   0.3 mi

7. Keep left at the fork to stay on I-35 S

   42.2 mi

8. Use the right lane to take exit 250 for TX-45 Toll toward TX-1 Toll
   
   ⚠️ Toll road

   0.5 mi

9. Keep right at the fork, follow signs for TX-45 W/Texas 1 and merge onto TX-45 W/TX-45 Toll
   
   ⚠️ Toll road

   1.2 mi

10. Use the right 2 lanes to take the TX-1 Toll S exit
    
    ⚠️ Toll road

    0.9 mi

11. Continue onto TX-1 Loop S
    
    ⚠️ Toll road

    1.0 mi

12. Keep left at the fork to stay on TX-1 Loop S
    
    ⚠️ Toll road

    2.9 mi

| | | | |
|---|---|---|---|
| ↰ | 13. | Keep right at the fork to stay on TX-1 Loop S | |
| | | | 2.0 mi |
| ↰ | 14. | Take the exit toward Braker Ln | |
| | | | 0.2 mi |

**Take W Braker Ln to your destination**

4 min (1.3 mi)

| | | | |
|---|---|---|---|
| ↰ | 15. | Merge onto Mopac Service Rd | |
| | | | 0.1 mi |
| ↰ | 16. | Turn right toward W Braker Ln | |
| | | | 285 ft |
| ↰ | 17. | Slight right onto W Braker Ln | |
| | | ⓘ Pass by Burger King (on the right) | |
| | | | 0.9 mi |
| ↰ | 18. | Turn right onto Jollyville Rd | |
| | | | 427 ft |
| ↰ | 19. | Turn left | |
| | | ⚠ Restricted usage road | |
| | | ⓘ Destination will be on the left | |
| | | | 0.1 mi |

# 10814 Jollyville Rd
Austin, TX 78759

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.