# Exhibit F

 800 Franklin Ave #301, Waco, TX 76701 to IBM - Building 045   Drive 93.6 miles, 1 hr 44 min

## 800 Franklin Ave #301
Waco, TX 76701

### Get on I-35 S from S 6th St
4 min (0.9 mi)

1. Head northeast on Franklin Ave toward S 8th St
   0.2 mi

2. Turn right onto S 6th St
   ⓘ Pass by McAlister's Deli (on the left in 0.5 mi)
   0.6 mi

3. Turn right onto N Interstate 35 Frontage Rd/S Jack Kultgen Expy/J H Kultgen Expy
   331 ft

4. Use the left lane to take the ramp onto I-35 S
   282 ft

### Follow I-35 S to Mopac Service Rd in Austin. Take the FM 1325 S exit from TX-1 Loop S
1 hr 18 min (90.4 mi)

5. Merge onto I-35 S
   41.5 mi

6. Keep left to stay on I-35 S
   0.3 mi

7. Keep left at the fork to stay on I-35 S
   42.2 mi

8. Use the right lane to take exit 250 for TX-45 Toll toward TX-1 Toll
   ⚠ Toll road
   0.5 mi

9. Keep right at the fork, follow signs for TX-45 W/Texas 1 and merge onto TX-45 W/TX-45 Toll
   ⚠ Toll road
   1.2 mi

10. Use the right 2 lanes to take the TX-1 Toll S exit
    ⚠ Toll road
    0.9 mi

11. Continue onto TX-1 Loop S
    ⚠ Toll road
    1.0 mi

12. Keep left at the fork to stay on TX-1 Loop S
    ⚠ Toll road
    2.8 mi

| | | | |
|---|---|---|---|
| ↱ | 13. | Take the FM 1325 S exit toward Burnet Rd/Duval Rd | |
| | | | 0.2 mi |

**Take Duval Rd and Burnet Rd to your destination**

7 min (2.2 mi)

| | | | |
|---|---|---|---|
| ↱ | 14. | Merge onto Mopac Service Rd | |
| | | | 0.2 mi |
| ↱ | 15. | Use the 2nd from the right lane to take the ramp to Burnet Rd/Duval Rd | |
| | | | 0.4 mi |
| ↱ | 16. | Keep right at the fork, follow signs for Farm to Market Rd 1325 S/Burnet Road/Duval Road and merge onto Farm to Market Rd 1325 S/Mopac Service Rd | |
| | | | 0.2 mi |
| ↱ | 17. | Use the left 2 lanes to turn left onto Duval Rd | |
| | | | 0.3 mi |
| ↱ | 18. | Duval Rd turns slightly right and becomes Burnet Rd | |
| | | | 0.7 mi |
| ↱ | 19. | Turn right onto Kramer Ln | |
| | | | 486 ft |
| ↱ | 20. | Turn left onto Alterra Pkwy | |
| | | | 0.1 mi |
| ↱ | 21. | Turn right | |
| | | | 0.2 mi |

## IBM - Building 045

11400 Burnet Rd, Austin, TX 78758

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.