# Exhibit G

 Careers



## Our locations

With 30+ offices on 5 continents, we're probably closer than you think. For the safety of our employees, many of LinkedIn's offices are currently closed until it is safe to return. Employees are working remotely until offices reopen.

Learn more about a LinkedIn office near you:

**Americas**  Europe and Middle East  Asia Pacific



HQ - Sunnyvale

Learn more    See jobs



Omaha

Learn more    See jobs

Why LinkedIn
Teams
Locations
Resources
Students

Search Jobs

See jobs



Washington D.C.

See jobs



San Francisco

Learn more    See jobs



New York City

Learn more    See jobs

Why LinkedIn
Teams
Locations
Resources
Students

Search Jobs



São Paulo

See jobs



Chicago

Learn more    See jobs



Carpinteria

See jobs

Why LinkedIn 
Teams
Locations
Resources
Students

Search Jobs

Careers



Toronto

LinkedIn   Instagram   See jobs   Twitter   YouTube

**A Microsoft Company**

About
Cookie Policy
Privacy Policy
User Agreement
Accessibility

© LinkedIn Corporation 2021