# Exhibit H





## Feihong Chen

Waltham, Massachusetts  ·  199 connections

**Sign in to Connect**

### View Feihong's full profile

- See who you know in common
- Get introduced
- Contact Feihong directly

**Sign in to view full profile**

## People also viewed



**Diana Melendez**
Data Entry Clerk at Worth Systems Inc
Boston, MA



**May Goldstein**
Student at School of Hard Knocks
Providence County, RI



**Brenda Silver**
Retired at Retired and enjoying life
Hollis, NH



**Len Albanese**
Data communications network professional looking for an engineering position in a challenging and growing environment.
Greater Boston



**David Clark**
Network Engineer at Verizon
Quincy, MA



**Long Nguyen**
Program Analyst
Boston, MA



**Mauro Strano**



| People ▼ | Feihong | Chen | 🔍 |

Join now　Sign in


**Brad Tucker**
Senior QA Engineer at Zixi - Software-Defined Video Platform
Greater Boston


**Wayne Logan**
--
Waltham, MA


**Jeff Notaro**
Senior Manager, Technical Support and Services at NetBrain Technologies Inc.
Acton, MA

Show more profiles ⌄

## Others named **Feihong Chen**


**Feihong Chen**
Marketing Assistant
Melbourne, VI


**feihong chen**
beats
Nanuet, NY


**Feihong Chen**
Student of imperial college London
Zhejiang, China

**Feihong(Fairy) C.**
APAC Gaming Partnership at Google
Singapore

188 others named Feihong Chen are on LinkedIn

See others named **Feihong Chen**

## Add new skills with these courses

CCNP Routing (300-101) Cert Prep: Network Principles

Cisco DevNet Associate Cert Prep 6: Network Fundamentals

Cisco CCNA (200-301) Cert Prep: Network Fundamentals and Access

See all courses

## Feihong's public profile badge



Feihong Chen

View profile

View profile badges

© 2021

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines



People ▼  Bharat   Doshi   🔍   Join now   Sign in



## Bharat Doshi

Global Science and Technology Manager at Johns Hopkins
University Applied Physics Laboratory

Baltimore, Maryland Area · 500+ connections

**Sign in to Connect**

Johns Hopkins University Applied
Physics Laboratory

Cornell University

## About

• Over thirty years of experience in research and technology transfer for a wide range of technologies.
Strong interest in building and nurturing high performance research and technology development
organizations that create mission oriented game changing solutions.
• As the Director of the Milton S. Eisenhower Research Center (MERC) at Johns Hopkins University
Applied Physics Laboratory (JHUAPL), developed research vision, investment strategies, and business
development strategy for external sponsorship. Built a strong portfolio of externally sponsored research
programs and managed a staff of about 160 to execute the programs. Technology areas included
communication and networking technologies, information security, sensors and sensor networks,
information extraction and knowledge management, image/video processing, autonomous systems,
social metric modeling and human dynamics, biological technologies and bioinformatics,
electromagnetic propagation, nanotechnology, and advanced materials.
• As a Senior Director in Advanced Communications Technologies Center in Bell Labs, managed a
research staff of between 70 and 160 people working on the advanced communications protocols and
controls for wireless and optical systems and Internet. Between 1996 and 2003, his organization his
organization published over 500 papers, obtained over 400 patents, and contributed to many standards.
Technologies developed were implemented in key commercial products.
• As the Director of Transformational Communication in JHUAPL, helped design the architecture and
protocols for the Global Information: high assurance networking, information security, Quality of Service
based on local and global mechanisms, and scalability using hierarchical decomposition of the network.
• Personal research in advanced communications and networking technologies. Published over 115
papers and obtained 45 patents. Fellow of Bell Labs and Fellow of IEEE. Distinguished Alumnus of IIT
Bombay.

## Activity

**Fall at Cornell is magical** ✨🐿️⚛️ **Photo by Savanna Lim '20.**

Liked by Bharat Doshi

**Looks like I passed the CISM Exam tonight - I get to have initials! :-)**



People ▼ | Bharat | Doshi | 🔍    Join now   Sign in

**Great to be a part of AWS Telco Symposium Online and thanks to the nearly 1500 visitors to our Accenture booth !! For those who missed it, the...**

Liked by **Bharat Doshi**

---

## Experience

### Johns Hopkins University Applied Physics Laboratory

14 years 11 months

- **Global Science and Technology Manager**

  Aug 2011 - Present · 9 years 9 months

  Laurel, Maryland, USA

  Keeping APL and its sponsors connected to the Global S&T developments in the areas of strategic interest to APL and its sponsors. Built a large connection network, travelled globally, and identified key research centers and researchers for APL to collaborate with on research programs of major value to APL sponsors. Also identified several new research areas for APL.

- **Director of Research**

  Jun 2006 - Jul 2011 · 5 years 2 months

  11100 Johns Hopkins Road, Laurel, MD 20723

  Defined research directions, strategy for internal investment and for generating external sponsorships. Managed a research staff of about 160. Research areas included nanotechnology and materials, communication in hostile environment, information systems and networks, information and network security, autonomous systems, sensors and sensor networks, bioinformatics and synthetic biology, machine perceptions, data analytics, computational physics, and human dynamics.
  Kept visibility in the S&T...

  Show more

### Gupta Endowed Chair Professor

University of Massachusetts

Jul 2005 - Jun 2006 · 1 year

Amherst, Massachusetts 10002

Research and teaching. Research in advanced communications and networking. Proposed and obtained funding to create a wireless communications research center. Taught probability, random processes, digital signal processing, etc.

### Senior Director

Bell Laboratories


24 years in Bell Laboratories involved personal contributions and management of research and technology development in many aspects of voice, data, and multi-media networking: Advanced protocols and controls in telecommunication networks and information systems; security, reliability, and performance engineering of information systems and networks; prototype software for key protocols and management systems; network routing and restoration algorithms; design and planning for large scale...

Show more

## Education

**Cornell University**
Ph.D. · Operations Research
1970 - 1974

**Indian Institute of Technology, Bombay**
B.Tech · Mechanical Engineering
1965 - 1970

## Groups

**Information Systems Security Association (ISSA) Discussion Forum**
-

**Bell Labs Performance Analysis Alumni**
-

**IIT Bombay Alumni (Official)**
-

**Defence R&D Organisation (DRDO) India**
-

**LTE (Long Term Evolution) & 5G - 3GPP**
-

**4G and 5G Professionals**
-

Show 2 more groups

### View Bharat's full profile

See who you know in common

Get introduced

Contact Bharat directly



| People ▼ | Bharat | Doshi | 🔍 |

Join now    Sign in

## People also viewed



**Pantelis Monogioudis**
CEO at aegean.ai, Professor of Practice at NJIT, Adjunct Professor at NYU
New York City Metropolitan Area



**Ashwin Sampath**
Experienced wireless technology expert.
Skillman, NJ

**Shirish Nagaraj**
Director of Network Solutions and Chief Technologist, Wireless at Corning Incorporated
San Francisco Bay Area



**Sridhar Gollamudi**
Non-compete at Two Sigma
Livingston, NJ



**Anil Rao**
Principal Engineer, Communications System Design and Simulation at Amazon Lab126
Redmond, WA



**Rege (Kiran)**
Distinguished Member of Technical Staff at Bell Labs, Alcatel-Lucent
Marlboro, NJ



**Farooq Khan**
Founder, CEO at Exium
United States

**Supratim Deb**
Optimization Engineer at Facebook
San Francisco Bay Area

**Jim Seymour**
VP and CTO at E-Blox Inc.
Buffalo Grove, IL

**Abhay Mehta**
--
India

Show more profiles

## Others named **Bharat Doshi**

**Bharat Doshi**
Director at Vimal fire controls pvt ltd.
Boston, MA

**Bharat Doshi**
partner at Hicool Electronic Industries
Thane

**Bharat Doshi**
Assistant General Manager at Nuvoco Vistas Corp. Ltd.
Mumbai

**Bharat Doshi**



People ▼  | Bharat | Doshi | 🔍

Join now   **Sign in**

**Bharat Doshi**
sr.general manager (finance) at echjay industries pvt. limited
Rajkot

120 others named Bharat Doshi are on LinkedIn

See others named **Bharat Doshi**

## Add new skills with these courses

Learning Cloud Computing: Cloud Governance

AWK Essential Training

Learning Lego Mindstorms

See all courses

## Bharat's public profile badge

Include this LinkedIn profile on other websites

Bharat Doshi
Global Science and Technology Manager at Johns Hopkins University Applied Physics Laboratory

Global Science and Technology Manager at Johns Hopkins University Applied Physics Laboratory

Cornell University

View profile

View profile badges

© 2021

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines



People ▾ | Meenakshi | Sharma | 🔍 | Join now | Sign in



### Meenakshi Sharma

Full Stack Engineer

Princeton, New Jersey, United States · 119 connections

**Sign in to Connect**

Broadridge

New Jersey Institute of Technology

···

## About

Full stack engineer with extensive experience in web & enterprise grade applications

Experienced in all phases of SDLC including system analysis & architecting, design & development, integration to enhancements.

## Experience

**Sr. Developer / Architect**
Broadridge
Jul 2018 - Present · 2 years 10 months
Mount Laurel, New Jersey
Part of security team responsible for providing authorization and security to client apps.
Managed migration, enhancements & architecting of enterprise platforms.

**Senior System Engineer**
Wireless Communications, Verizon Premium Retailer
Aug 2016 - Jun 2018 · 1 year 11 months
Greater New York City Area
Worked on redesigning current application into a Java 8 based framework using Cassandra & Oracle as backend databases.

Responsible for understanding business requirements from stakeholders, create user stories, call flows & writing application code

Technology utilized: Java 8, servlets, WSDL, JAXB, NoSql, Cassandra, Tomcat, Jira, OneStash, sourceTree, Git, maven, Eclipse IDE, Kibana, Tableau

**Java Software Developer**
IDS Infotech
Aug 2011 - Jun 2013 · 1 year 11 months

 LinkedIn

| People ▼ | Meenakshi | Sharma | 🔍 |

Join now  Sign in

### Java Consultant
karROX Technologies Ltd.

Aug 2010 - Jul 2011 · 1 year

## Education

### New Jersey Institute of Technology
Master's degree · Computer Science

2014 - 2015

## Groups

### Fresh Grad JOBS USA - CPT, OPT, GC, USC
-

### TECHNOLOGY JOBS NETWORK - #1 IT Careers Group
-

### Oracle SQL Niche Job-Board
-

## View Meenakshi's full profile

See who you know in common

Get introduced

Contact Meenakshi directly

Sign in to view full profile

## People also viewed

 **Jennifer Ng**
Solutions Architect at Amazon Web Services (AWS)
New York, NY

 **VISHNU PATEL**
FINANCE & ACCOUNTS at (n)Code Solutions
Greater Ahmedabad Area

 **Ajay Thakur**

**Linked**in

| People ▾ | Meenakshi | Sharma | 🔍 |

Join now   Sign in


**Karnika Rawat**
Homemaker at Royal Oak
Noida


**Cecil Addison**
Java Architect/Programmer at Education OnLine
Brentwood, NY


**Rashmi Udayashankar**
Software Engineering Specialist at Hewlett-Packard
Bangalore Urban


**Yelena Berlin**
Java Software Developer at AT&T
Old Bridge, NJ

**Sameeullah Sharief**
RF Engineer at Amdocs
Plano, TX

**Soumya Mishra**
Sr Reporting Analyst
Parsippany, NJ

**Sameeulla Sharief**
Production Executive & Production Planning
Kuwait CIty

Show more profiles

## Others named **Meenakshi Sharma**

**Meenakshi Sharma**
Consultant in surgery at Paras hospitals,Gurgaon
Gurgaon

**Meenakshi sharma**
Assistant Manager Legal at JK Cement Ltd
South Delhi

**Meenakshi Sharma**
Principal Software Engineer
Bangalore Urban

**meenakshi sharma**
Market Researcher Eli Research
Faridabad

**Meenakshi Sharma**
Branch Manager at Medway Education
West Delhi

1928 others named Meenakshi Sharma are on LinkedIn

See others named **Meenakshi Sharma**

## Add new skills with these courses



**Java EE: Servlets and JavaServer Pages (JSP)**

**Java EE 7: Enterprise JavaBeans (EJB)**

See all courses

## Meenakshi's public profile badge

Include this LinkedIn profile on other websites



Meenakshi Sharma
Full Stack Engineer

Sr. Developer / Architect at Broadridge

New Jersey Institute of Technology

View profile

View profile badges

© 2021

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines



| People ▼ | Narayan | Raman | 🔍 | | Join now | Sign in |



### Narayan Raman

Principal and DMTS with Bell Labs Consulting at Nokia Bell Labs

Eatontown, New Jersey · 219 connections

**Sign in to Connect**

- Nokia Bell Labs
- University of Michigan

## Activity



**Extremity + Environment + Enablement = Human Progress --- Human progress depends on our ability to augment, harness and handle collective...**

Liked by Narayan Raman



**~ 6min of #covid19 induced perspective**

Liked by Narayan Raman

## Experience

**Principal and DMTS with Bell Labs Consulting**
Nokia Bell Labs
Jun 1995 - Present · 25 years 11 months
Murray Hill, New Jersey , USA

## Education

**University of Michigan**
PhD, Business Management
1983 - 1987

**Indian Institute of Management, Calcutta**
PGDM (MBA) · Finance, Operations Management
1973 - 1975

 People ▼  | Narayan | Raman | 🔍 | Join now  Sign in

1966 - 1971

**Patna Collegiate School**

-

---

## Groups

**Pan IIM Alumni Association**

-

**Alcatel-Lucent Technical Academy (Members Only)**

-

**Telecoms Professionals: IoT, LTE, M2M, 5G, Internet of Things**

-

**IIT Alumni [PanIIT USA]**

-

**Alcatel-Lucent**

-

---

### View Narayan's full profile

See who you know in common

Get introduced

Contact Narayan directly

Sign in to view full profile

## People also viewed

 **Cong Shen**
Nokia Bell Labs Consulting
New York City Metropolitan Area

 **Enoch Wang**
CEO at Bell Labs Consulting Services
Morganville, NJ

 **Prannoy Mandal**
Mechanical Engineer | CFD | NIT Durgapur '20 | Former Research Intern at DRDO
Vadodara

 **Shankar Kasturirangan**
Director at Bell Labs Consulting - Nokia
Brussels Metropolitan Area

 **Anand Kagalkar**

 **Linked**in | People ▼ | Narayan | Raman | 🔍 | Join now | Sign in


**Kenneth C. Budka**
Senior Partner, Bell Labs Consulting
New Providence, NJ


**Mohcene MEZHOUDI**
Senior Consultant Expert at Bell Labs
Hoboken, NJ

**Jeswanth Sai Gopi**
Final year B.Tech student in NIT Durgapur || Publicity Head at Centre for Cognitive Activities, NIT Durgapur
Kolkata

**Terri Burrier Natoli**
Associate Bureau Chief, Wireline Competition Bureau, Federal Communications Commission
Washington, DC

**Dr Arvind Gambheer**
CEO at TUTORPOD LEARNING LLP
Bangalore Urban

Show more profiles

## Others named **Narayan Raman**

**Narayan Raman**
Assistant Vice President at Capital India Finance Limited
Mumbai

**Narayan Raman**
Operations Manager at Willis Processing Services India Pvt. ltd.
Mumbai

**Narayan Raman**
CEO, Sahi Pro (Tyto Software Pvt. Ltd.)
Bangalore Urban

**Narayan Raman**
-
United Arab Emirates

18 others named Narayan Raman are on LinkedIn

See others named **Narayan Raman**

## Narayan's public profile badge

Include this LinkedIn profile on other websites

**Narayan Raman**
Principal and DMTS with Bell Labs Consulting at Nokia Bell Labs

Principal and DMTS with Bell Labs Consulting at Nokia Bell Labs

University of Michigan

View profile

Case 6:20-cv-00812-ADA Document 50-10 Filed 04/30/21 Page 17 of 66



© 2021

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines

Case 6:20-cv-00812-ADA Document 59-10 Filed 04/30/21 Page 18 of 66



| People ▼ | Ramesh | Nagarajan | 🔍 | Join now  Sign in |



Harness the Power
of Digital Transformation
@MicroFocus

⋯

## Ramesh Nagarajan

Providing Smart Digital Transformation Solutions, Empowering
Over 40,000 Enterprise and SMB Customers Worldwide to
Succeed in the Digital Economy | Enterprise DevOps Master
Solution Architect | MicroFocus.com

Fair Lawn, New Jersey · 500+ connections

**Sign in to Connect**

▢ **Micro Focus**

👁 **Shanmugha Arts, Science,
Technology and Research...**

🔗 **Websites**

## About

The world has changed. So has the way you've "always done business." Is the fear of embracing digital
transformation holding your company back?

Micro Focus helps customers pursuing a digital transformation strategy find a balance between speed
and pragmatism. Our software removes the need to take the risky "rip and replace" approach so you can
run and transform at the same time.

This allows you to adapt to evolving market conditions while also exposing new opportunities to achieve
long-term success in the digital economy.

☞ We call this Smart Digital Transformation.

With a broad portfolio that addresses all four core pillars of digital transformation, we're uniquely
positioned to deliver on your primary needs.

◇ We deliver a holistic set of integrated solutions, so our customers can digitally transform according to
their unique needs and priorities.

◇ We allow customers to bridge the existing and the emerging, so they can run and transform the
business at the same time.

◇ We supplement our solutions with an advanced analytics ecosystem to deliver optimal insights and
efficiencies. We provide a choice, and deliver maximum flexibility, to remove barriers to strategic
initiatives.

◇ We put our customers at the center of our universe and deliver what they truly need, which we call
customer-centric innovation.

At Micro Focus, we offer Application Delivery Management software and solutions that enable your team
to deliver high-quality apps with greater speed and agility.



innovation and finding solutions to complex problems that will lead to a better tomorrow.

My primary focus is to help the customers and prospects to automate, manage, centralize and optimize IT to meet the demands of business requirements in an ever changing market place.

Ready to join the nearly 40,000 companies we've been able to help digitally transform, including 98 of the Fortune 100 worldwide? Contact me today!

Ramesh.nagarajan@microfocus.com

Specialties: Digital Transformation | Technology Sales | Project and Portfolio Management | Application Lifecycle Management | Functional Testing | Performance Engineering | Service Virtualization

## Activity

### Photo

Liked by **Ramesh Nagarajan**

**Naveen Kumar Karakavalasa, great job presenting today at MicroFocus Universe 2021. Performance testing continues to grow in complexity and importance...**

Liked by **Ramesh Nagarajan**

**Micro Focus ADM Elements Newsletter Nov - Dec 2020 Edition https://lnkd.in/eJUGrpy. Take a sneak peek at the latest Micro Focus ADM Releases...**

Shared by **Ramesh Nagarajan**

Sign in to see all activity

## Experience

### Master Solutions Architect

Micro Focus

Sep 2017 - Present · 3 years 8 months

Greater New York City Area

As a Master Solution Architect with Micro Focus, I serve as the technical expert in the sales process to drive the sale and adoption of the company's Application Delivery Management solutions. I report to Mark Nadasdi, Technical Sales Director of Micro Focus.

My two decades of experience in Application Delivery Management has helped me understand how our customers can deploy technologies that fit within their overall business needs.

With a broad software portfolio, backed by a...

Show more

### Solution Architect

Hewlett-Packard

Feb 2015 - Aug 2017 · 2 years 7 months



| People ▼ | Ramesh | Nagarajan | 🔍 | Join now | Sign in |

### Presales Lead / Solution Architect - HP Solutions

SKY IT GROUP

Jan 2008 - Jan 2015 · 7 years 1 month

Assist sales team to qualify, position, validate technical details and close sales of Software, Training & Consulting related to HP BTO Portfolio products and services.

Conduct assessment, identify gaps, formulate test strategy and propose road-map to optimize IT and align IT efforts with business goals.

Conduct demo and proof of concept for HP SOA, Quality Center, QTP, Performance Center, LoadRunner, Application Security Center, BAC & Sitescope products.

Estimate level of...

Show more

### Infrastructure and Performance Test Manager

Bunge Global Agribusiness

Jul 2005 - Jan 2008 · 2 years 7 months

### Test Strategy Consultant / Solution Architect

ADP

Jun 2005 - Jul 2005 · 2 months

### Test Management Consultant

Stryker Orthopaedics

Mar 2005 - May 2005 · 3 months

### Performance Test Lead

Equity One

Nov 2004 - Mar 2005 · 5 months

### Performance Test Lead

Aventis

Aug 2002 - Oct 2004 · 2 years 3 months

### Senior Automation Engineer

  People ▾  |  Ramesh  |  Nagarajan  |  🔍  |  Join now  Sign in

**Performance Test Lead**
EBS
Dec 2000 - Nov 2001 · 1 year

## Education

**Shanmugha Arts, Science, Technology and Research Academy**
Engineering
1989 - 1993

## Licenses & Certifications

**AWS Certified Cloud Practitioner**
Amazon Web Services (AWS)
Issued Dec 2020 · Expires Dec 2023

See credential

## Publications

**Building a resilient approach to remote working**
Digitalization World · May 10, 2020
In responding to the COVID-19 pandemic, businesses across the world have had to make rapid changes to their working processes, rolling out capacity for remote work, online collaboration, and access to essential data and tools to whole workforces. Micro Focus Global Head of Strategy and Solutions, Joe Garber, discusses the potential benefits of working-from-home, and the shift in thinking from IT teams as businesses adapt to the existence of walls beyond the office.

See publication

**Powering Digital Transformation**
Micro Focus · January 11, 2020
Digital Transformation touches almost every part of your organization. Micro Focus can help you win at enterprise digital transformation.

See publication

## Projects

**Micro Focus INSPIRE**
-

Case 6:20-cv-00812-ADA Document 58-10 Filed 04/30/21 Page 22 of 66



| People ▼ | Ramesh | Nagarajan | 🔍 |

Join now    Sign in

and society. The Five Pillars of Micro Focus INSPIRE are: Employees, Marketplace, Ethics & Values, Environment & Sustainability, and Community & Social Impact.

See project

**Tech She Can**

-

Micro Focus is committed to supporting the Tech She Can Charter. Attracting and recruiting diverse talent is important for all industries but critical for technology. Those creating the software, upon which we all rely, must be representative of society. As the largest tech company in the FTSE 100, Micro Focus is committed to helping inspire young girls to consider tech careers.

See project

## Groups

### HPE Service Provider Community
-

### LoadRunner Enterprise
-

### QAGuild Network - Quality Assurance and Software Testing
-

### Load & performance testing
-

### Software Testing and Quality Assurance group
-

### Software Quality Assurance.SQA
-

Show 8 more groups

## Recommendations

A preview of what LinkedIn members have to say about Ramesh:

" Ramesh is one of the best LoadRunner gurus on the market. His ability to work in a sometimes hostile environment and focus on results is brilliant and seldom seen. If I had to start a Mercury LoadRunner practice, I would hire Ramesh into it to mentor my junior staff.

1 person has recommended Ramesh

Sign in to view



See who you know in common

Get introduced

Contact Ramesh directly

Sign in to view full profile

## People also viewed


**Mohamed Rafeek**
Manager Infra at HCL America
Littleton, CO


**Weldon Lori**
Branch Manager at Scott County Library System
New Prague, MN


**Brian O'Donnell**
Account Executive at Micro Focus
Harris, MN


**Lori Weldon**
Research & Prospect Management Analyst at Oregon Health & Science University Foundation
Portland, OR


**Steven Rowan**
Sr Program Manager, Master Data at Baxter International Inc.
Greater Chicago Area


**Rajkumar Sudhan**
Sr.Network Engineer at Western Union
Pune


**Cassandra Fava, JD, MBA**
Procurement Manager at Western Union
Aurora, CO

**Ravishankkar Logaiyan Venkatesalu**
Customer Solutions Specialist at Stellar
Greater Melbourne Area

**Randy Lockridge**
Empowering Enterprise and SMB Leaders to Reach their Business Objectives through Digital Transformation | Sr. Solutions Engineer | MicroFocus.com
Atlanta Metropolitan Area

**Rajasekhar Reddy**
Preventive officer at Indian Customs
Chennai

Show more profiles

## Others named **Ramesh Nagarajan**

**Ramesh Nagarajan**
-
Greater Sydney Area

**Ramesh Nagarajan**



**Ramesh Nagarajan**

Owner, N Ramesh consultancy services

Chennai

**Ramesh Nagarajan**

Global Tech Leader | Cloud Specialist | CIO | IT Strategy, Consulting, Business Transformation & New Practice
Building | Ex SVP, Global Head - Cloud Practice, Wipro

Bangalore Urban

**Ramesh Nagarajan**

Director at ADENPRO

Bangalore Urban

94 others named Ramesh Nagarajan are on LinkedIn

See others named **Ramesh Nagarajan**

## Add new skills with these courses

**Software Testing Foundations: Testing throughout the SDLC**

**Software Testing: Tools**

**JMeter: Performance and Load Testing**

See all courses

## Ramesh's public profile badge

Include this LinkedIn profile on other websites

**Ramesh Nagarajan**
Providing Smart Digital Transformation Solutions, Empowering Over 40,000 Enterprise and SMB Customers
Worldwide to Succeed in the Digital Economy | Enterprise DevOps Master Solution Architect | MicroFocus.com

Master Solutions Architect at Micro Focus

Shanmugha Arts, Science, Technology and Research Academy

View profile

View profile badges

© 2021

About

Accessibility                            User Agreement

Privacy Policy                           Cookie Policy

Copyright Policy                        Brand Policy

Guest Controls                          Community Guidelines

Ramesh Nagarajan | MasterSolutions Architect... | LinkedIn

Linked**in** | People ▾ | Ramesh | Nagarajan | 🔍 | Join now  Sign in



 **Linkedin**

| People ▼ | Johan | van Besouw | 🔍 |

Join now | Sign in



## Johan van Besouw

Retired at none

Salem, Oregon · 309 connections

**Sign in to Connect**

🖾 **none**

## Activity



**Such a thoughtful gesture by the Prisma Cloud team, means a lot! Thank you :) Varun Badhwar Satyam Sinha #prismacloud #paloaltonetworks**

Liked by Johan van Besouw



**A true story. Hope you like it**

Liked by Johan van Besouw

## Experience

**Retired**
none
Mar 2020 - Present · 1 year 2 months

**Product Line Manager**
Nokia
Aug 2000 - Present · 20 years 9 months

**Product Line Manager**
Alcatel-Lucent Technologies
2000 - Mar 2020 · 20 years

    People ▼   | Johan | van Besouw | 🔍     Join now   | Sign in |

May 1994 · Aug 2000 · 6 years 4 months

**Trainer / Operations Manager**
Isiran
1973 - 1975 · 2 years

Isiran, Tehran

---

## View Johan's full profile

See who you know in common

Get introduced

Contact Johan directly

[ Sign in to view full profile ]

---

## People also viewed

 **Luc Soetewey**
--
Antwerp Metropolitan Area

 **Marc Moorthamer**
ere-directeur bij Reynaertschool Kruibeke
Ghent Metropolitan Area

 **Joëlle Op t Eynde**
Administratief medewerker
Geistingen

 **Jan Michiels**
verpleegkundige at Heilig Hart ziekenhuis Mol
Oud-Turnhout

 **Pierre Klingbiel**
Technician
South Africa

 **Guido Luyts**
IP Business Management
Limburg

 **Giovanni Del Grande**
Lead TPM presso Nokia
Milan

 **Antonia Arapitsa**
Geschäftsführerin bei Marina & Yachting Hellas EPE
Greece

**Erik Flothmann**
Augmented Reality / Virtual reality innovation team NokiaEDU at Nokia
Antwerp Metropolitan Area

**Svend Jessen**



People ▼ | Johan | van Besouw | 🔍 | Join now | **Sign in**

Show more profiles

## Add new skills with these courses

**CCNP Routing (300-101) Cert Prep: 2 Internet Connectivity**

**CompTIA Network+ (N10-007) Cert Prep: 6 Advanced IP Networking**

**5G Technology Strategy: Next-Generation Mobile Networking**

See all courses

## Johan's public profile badge

Include this LinkedIn profile on other websites

Johan van Besouw
Retired at none

Retired at none

View profile

**View profile badges**

© 2021

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines



| People ▾ | Kamakshi | Sridhar | 🔍 | Join now   Sign in |



### Kamakshi Sridhar
VP Research and Development
Dallas-Fort Worth Metroplex · 500+ connections

**Sign in to Connect**

Sandvine

Massachusetts Institute of Technology

···

## About

Leading a team to build innovative 5G cloud native products leveraging networking, analytics and ML. With over 20 years of wireless and wireline networking experience, I provide strategic engineering leadership, technology vision with effective business execution for Sandvine's 5G and network automation endeavors. Lead author of 50+ US patents, several publications and industry whitepapers. Adjunct Professor at Southern Methodist University (SMU) Dallas.

## Experience

**Sandvine**
3 years 2 months

**VP Research and Development**
Jun 2020 - Present · 11 months
Plano, Texas, United States
5G cloud native product development

**VP Automation Innovation**
Mar 2018 - Jun 2020 · 2 years 4 months
Plano

- Led a team that built innovative network automation and customer care enablement usecases for 4G/5G, cable and fixed access operators, with provable ROI, integrated in Sandvine portfolio.
- Fostered a fail-fast environment and built team members expertise.
- Collaborated with PLM to help build roadmaps and positioned solutions with strategic insights to executives (CTO/VP/R&D) at operators worldwide and led hands-on POC engagements for various automation usecases.

**Southern Methodist University**
8 years 5 months



| People ▼ | Kamakshi | Sridhar | 🔍 |

Join now　　Sign in

**Adjunct Professor, Dept. of Electrical Engineering**
Jan 2013 - Present · 8 years 4 months
Dallas/Fort Worth Area
Spring semester: EETS8317 Switching and Quality of Service in IP Networks
Fall semester: EETS8316 Introduction to Wireless Networks

**Electrical Engineering Executive Board Member**
Dec 2012 - Present · 8 years 5 months

**Electrical Engineering Industrial Advisory Council Member. President since September 2019**
University of Texas at Dallas
Sep 2016 - Present · 4 years 8 months
Richardson Texas

**Nokia**
17 years

**Director and Distinguished Member of Technical Staff, Mobile Networks Chief Technology Office**
Jan 2016 - Mar 2018 · 2 years 3 months
Plano, Texas
LTE and 5G RAN/ML Algorithm Innovation.

**Director and Distinguished Member of Technical Staff, Wireless Chief Technology Office**
Oct 2009 - Jan 2016 · 6 years 4 months
Plano TX
Member Alcatel Lucent Technical Academy

**Principal, Wireless Chief Technology Office**
May 2008 - Sep 2009 · 1 year 5 months
Distinguished Member of Technical Staff
Member Alcatel Lucent Technical Academy

**Manager, Advanced Data Networks, Bell Labs**
Dec 2006 - May 2008 · 1 year 6 months

**Manager Research and Innovation**
Mar 2004 - Dec 2006 · 2 years 10 months

**Senior Research Scientist, Research and Innovation**
Apr 2001 - Apr 2004 · 3 years 1 month

**Individual Contributor, Wireless Systems Engineering**
Nortel



**Member of Technical Staff, Bell Laboratories**
Lucent Technologies
Nov 1995 - Jul 1997 · 1 year 9 months

**Summer Intern**
General Electric Corporate R&D
May 1991 - Aug 1991 · 4 months
Schenectady, NY
1 US Patent

## Education

**Massachusetts Institute of Technology**
Executive Certificate in Management and Leadership, Sloan School of Management
2011 - 2012

**Massachusetts Institute of Technology**
S.M('91) and Ph.D('95) · Electrical Engineering and Computer Science
1989 - 1995
National Science Foundation Graduate Fellow (1989-1992)
Electromagnetics, Power Electronics and Control, Digital Signal Processing, State and Parameter Estimation, Optimization.

**Indian Institute of Technology (Banaras Hindu University), Varanasi**
B.Tech · Electronics Engineering
1985 - 1989

## Licenses & Certifications

**Machine Learning Foundations: A Case Study Approach**
Coursera Course Certificates
Credential ID R56YTECMDX3B
See credential

## Groups

**Alcatel-Lucent Technical Academy (Members Only)**
-

**RF Planning and Optimization Consultants**
-

**SDN & NFV Network Transformation**
-

Case 6:20-cv-00812-ADA  Document 50-10  Filed 04/30/21  Page 32 of 66



Join now   Sign in

**Zero Touch & Carrier Automation**

-

**MIT Massachusetts Institute of Technology Alumni**

-

Show 8 more groups

---

## View Kamakshi's full profile

See who you know in common

Get introduced

Contact Kamakshi directly

Sign in to view full profile

### People also viewed


**Kavi Kanasupramaniam**
Senior Director Of Engineering at Sandvine
Waterloo, ON


**Wissam Muslimany, MBA**
Sr. Director, Customer Success Engineering at Sandvine
Lebanon


**Samer Bahsoun**
Customer Success Director, Engineering Services at Sandvine
Lebanon


**Vibhu Dubey**
Technical product owner at Sandvine
Waterloo, ON


**Samir Marwaha**
Chief Marketing Officer
Dallas-Fort Worth Metroplex


**Don Brunton**
Business Process Management | Lean Six Sigma | Project & Program Management | Improving Cost, Quality & Delivery
Dallas-Fort Worth Metroplex


**Nicolas St-Pierre**
Technology Expert, Entrepreneur, and Evangelist on Service Providerss, 5G, Cloud, Security, and Intelligent Traffic Management.
Mississauga, ON

**Matthew Ruehle**
Sr. Software Development Professional
Midlothian, TX

 

| People ▾ | Kamakshi | Sridhar | 🔍 |

Join now    **Sign in**

Greater Kitchener-Cambridge-Waterloo Metropolitan Area

**Jeff Kupp**
CFO at Sandvine
Dallas, TX

Show more profiles

## Others named **Kamakshi Sridhar**

**Kamakshi Sridhar**
Officer at wipro limited
Chennai

**Kamakshi S.**
Cloud Platform Senior Engineer
Seattle, WA

**Kamakshi Sridhar**
Engineer
Toledo, Ohio Metropolitan Area

**Kamakshi Sridhar**
--
India

5 others named Kamakshi Sridhar are on LinkedIn

See others named **Kamakshi Sridhar**

## Add new skills with these courses

Learning the Microsoft Edge Browser

Securing the IoT: Introduction

IoT Foundations: Low-Power Wireless Networking

See all courses

## Kamakshi's public profile badge

Include this LinkedIn profile on other websites

Kamakshi Sridhar
VP Research and Development

VP Research and Development at Sandvine

Massachusetts Institute of Technology

View profile



Case 6:20-cv-00812-ADA Document 50-10 Filed 04/30/21 Page 35 of 66



| People ▼ | Anurag | Srivastava | 🔍 |

Join now    Sign in



## Anurag Srivastava

Unlocking shareholder value with expertise in strategy, corporate finance and M&A (FIS | McKinsey | NYU)

Cincinnati, Ohio · 326 connections

**Sign in to Connect**

**FIS**

**NYU Stern School of Business**

## About

Experience summary:

• 20+ years of total work experience. 12+ years in Investment Banking, Management Consulting and Corporate roles covering broad array of Strategy and Corporate Finance topics.

• Senior executive with a strong track record of building and leading high-performing teams, and directly working with top leadership (Board members, CEO, CFO, COO) to drive enterprise decision-making.

• Broader leadership experience of tackling a range of strategy and finance topics, including corporate strategy, growth strategy, strategic / financial planning, portfolio management, capital allocation, performance management/KPIs, M&A diligence/integration, capital markets, and investment valuation.

• Deep expertise of bringing shareholder value perspective to enterprise decision-making on Strategy, Finance and Transaction topics. Deep know-how of linkages between operating performance and company's capital markets performance as well as investor / analyst perspective.

## Activity

It's #FellowSpotlightFriday! First up, Ernie Bio is a NSI Visiting Fellow and Principal at Forgepoint Capital! Cybersecurity tech is what Ernie is...

Liked by Anurag Srivastava

"By the time the pandemic hit we really had the heavy lifting on the integration [of Worldpay] complete," Gary Norcross, Chairman, President and CEO...

Liked by Anurag Srivastava

Keystone welcomes Mary Beth Joyce as our first VP of Finance! Skilled at helping companies expand and scale, she's worked at Alfred, McKinsey &...

 **Linked** in

People ▼ | Anurag | Srivastava | 🔍      Join now | Sign in

Sign in to see all activity

## Experience

### Senior Vice President, Corporate Strategy & Strategic Finance
FIS

2019 - Present · 2 years

Cincinnati, Ohio

Driving corporate strategy, strategic planning, financial target setting and capital allocation post FIS Worldpay merger.

### Management Consultant — Strategy & Corporate Finance Practice
McKinsey & Company

2011 - 2019 · 8 years

New york, NY

Deep experience of advising C-Suite leaders and Corporate Boards on a variety of corporate finance and strategy topics, including portfolio strategy, growth strategy, strategic/financial planning, optimal capital allocation, M&A diligence and investment valuation, finance function processes/KPIs and performance management.

Strong hands-on experience (incl. modeling) of bringing shareholder value lens to business challenges on topics of strategy, finance, M&A and operations, including IPO...

Show more

### Vice President, Investment Banking
Credit Suisse

2008 - 2011 · 3 years

New York, NY

Led quant team on bond trading desk within the fixed-income division. Primarily responsible for modeling, analysis and pricing of various bonds and derivatives securities (e.g., credit default swaps).

### Member of Techincal Staff (R&D Engineer)
Nokia Bell Labs

2000 - 2008 · 8 years

• Invented new technologies and products in networking and software space, and led engineering team to develop them into full-fledge products.

• Shaped R&D strategy; evangelized state-of-the-art technologies at trade-shows and industry conferences

• 15+ U.S. Patents granted. Published research in leading technology conferences, and served on conference committees.

SELECTED AWARDS, HONORS:
• Winner of Thomas Alva Edison Patent Award awarded by R&D Council of New...

Show more



| People ▼ | Anurag | Srivastava | 🔍 | | Join now | Sign in |

**NYU Stern School of Business**

Master of Business Administration - MBA · Business Administration and Management, General

Activities and Societies: Graduated in the top ten percent of the MBA class

**Indian Institute of Science (IISc)**

Master's degree · Computer Science & Engineering

**M.M.M. Malviya Engg. College, Gorakhpur India**

Bachelor of Engineering - BE · Electronics Engineering

- Finished 1st in Graduate Aptitude Test in Engineering (GATE) in the entire undergrad class with a 99.80 percentile. GATE is a country-wide exam used for graduate school admissions in India.

- Finished 2nd in the class in overall grade point average.

## Publications

**Are your strategy discussions stuck in an echo chamber?**

McKinsey on Finance

See publication

**Is a leverage reckoning coming?**

McKinsey on Finance

See publication

**What's next for semiconductor profits and value creation?**

McKinsey on Finance

See publication

## Patents

**Inventor of 15+ US Patents in areas of networking, content routing technologies**

United States · -

See patent

### View Anurag's full profile

See who you know in common

Get introduced

Contact Anurag directly

Sign in to view full profile



| People ▼ | Anurag | Srivastava | 🔍 |
|---|---|---|---|

Join now    Sign in

 Founder at Maxxscoreads
Gurgaon

 anurag srivastava
Chief Executive Officer at U P Coop Banks Federation
Lucknow

 Anurag Srivastava
Sr. Executive Excise at M/s SUPREME INDUSTRIES LTD
Gwalior

 Anurag Srivastava
-
South Delhi

 Anurag Srivastava
Senior Software Engineer at FIS
Noida

1453 others named Anurag Srivastava are on LinkedIn

See others named **Anurag Srivastava**

## Anurag's public profile badge

Include this LinkedIn profile on other websites

> Anurag Srivastava
> Unlocking shareholder value with expertise in strategy, corporate finance and M&A (FIS | McKinsey | NYU)
>
> Senior Vice President, Corporate Strategy & Strategic Finance at FIS
>
> NYU Stern School of Business
>
> View profile

View profile badges

© 2021

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines



| People ▾ | Pankaj | Risbood | 🔍 |

Join now    Sign in



## Pankaj Risbood

Chief Technology Officer at Zendrive. Hiring for Eng, DS and PM positions ( bit.ly/ZendriveCareers )

Bengaluru Area, India · 500+ connections

**Sign in to Connect**

## Activity



Super proud of Pranav (my younger son) grade 9 ! The pandemic got good of him and has been working incessantly on honing his skills as a programmer...

Liked by **Pankaj Risbood**



I was presented an award at the Salesforce Anywhere Sales Kickoff last week. I protect and grow our revenue through high touch engagement with our...

Liked by **Pankaj Risbood**

It's been a month now since I left Zendrive. Even after I left the organisation, my team lead at Zendrive Atul Manwar still decided to recognise all...

Liked by **Pankaj Risbood**

**Sign in to see all activity**

## Publications

**Beyond rapid provisioning: Driving value-added services on control plane foundations.**

Bell Labs Technical Journal · 2006

See publication

**Differential delay aware routing for Ethernet over SONET/SDH.**

IEEE INFOCOM · 2005

See publication

**The BEST challenge for next-generation Ethernet services.**



| People ▾ | Pankaj | Risbood | 🔍 | | Join now | Sign in |

Low Overhead Protection for Ethernet over SONET Transport
IEEE INFOCOM · 2004

See publication

Mobipack Optimal Hitless SONET Defragmentation in Near-Optimal Cost.
IEEE INFOCOM · 2004

See publication

IP-Subnet Aware Routing in WDM Mesh Networks
IEEE INFOCOM · 2003

See publication

## Patents

Route precomputation method and apparatus for bandwidth guaranteed traffic
Issued October 12, 2010 · United States · 7,813,270

See patent

Methods and apparatus for optimizing utilization in reconfigurable optical add-drop mulitplexer based ring network
Issued May 11, 2010 · United States · 7,715,716

See patent

Methods and apparatus for optimizing utilization in a ring network
Issued February 9, 2010 · United States · 7,660,525

See patent

Methods and apparatus for optimizing utilization in a ring networor
Issued February 9, 2010 · United States · 7,660,525

See patent

Route determination method and apparatus for virtually-concatenated data traffic
Issued April 14, 2009 · United States · 7,518,990

See patent

Data path provisioning in a reconfigurable data network
Issued September 16, 2008 · United States · 7,426,186

See patent

Fast restoration for virtually-concatenated data traffic
Issued August 12, 2008 · United States · 7,411,900



**Differential delay constrained routing for virtually-concatenated data traffic**

Issued August 5, 2008 · United States · 7,408,881

See patent

**Method and apparatus for performing link defragmentation subject to an interface rate constraint**

Issued July 8, 2008 · United States · 7,397,815

See patent

**System and method for increasing provisionable bandwidth in time-division multiplexed communication links**

Issued January 8, 2008 · United States · 7,317,728

See patent

---

## Recommendations

A preview of what LinkedIn members have to say about Pankaj:

" I worked under Pankaj for a period of 6 months as part of a venture/startup within Bell Labs. He has admirable qualities as a manager and simply gets the best of you. He seemed to be able to handle so many respsobilities with hardly any sweat. The best part is that working with Pankaj is lots of fun as well as hard work. We were able to deliver on all our deliverables but at the same time have lots of fun solving technical puzzles, brain teasers etc which are not really work related. Pankaj's abilities in recruiting the right folks and interviewing are very good. Lastly being technically excellent Pankaj almost always came up with great technical ideas/suggestions which helped the project to a large extent.

1 person has recommended Pankaj

Sign in to view

---

### View Pankaj's full profile

See who you know in common

Get introduced

Contact Pankaj directly

Sign in to view full profile

---

### People also viewed



**Deepanshu Gupta**

Engineering Manager @ Zendrive | Hiring mobile engineers | ex-Google

Bangalore Urban

Case 6:20-cv-00812-ADA Document 50-10 Filed 04/30/21 Page 42 of 66



| People ▾ | Pankaj | Risbood | 🔍 |

Join now | Sign in

San Francisco, CA



**Surya Shekhar Chakraborty**
SDE-2 @ Zendrive
Bangalore Urban



**Abhinav Sharma**
Senior Software Engineer at Intuit
Bangalore Urban

**Rushikesh Badini**
SDE 2 at Zendrive
Hyderabad



**Vishal Verma**
Software Engineer at Facebook
London



**Venkatesh A G**
Software Development Engineer in Test - III at Zendrive
Bangalore Urban



**Parag Goyal**
Software Developer at Zendrive | ex-Ola
Bangalore Urban



**Nitin Dileep Salodkar**
Director, Data Science at Zendrive
Bangalore Urban

**Nikhil Mudaliar**
Senior Product Manager at Zendrive
Bangalore Urban

Show more profiles

## Add new skills with these courses

Programming Foundations: Programming for Kids

Applied Machine Learning: Foundations

Using Apache Spark with .NET

See all courses

## Pankaj's public profile badge

Include this LinkedIn profile on other websites

**Pankaj Risbood**
Chief Technology Officer at Zendrive. Hiring for Eng, DS and PM positions ( bit.ly/ZendriveCareers )

View profile



© 2021

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines





### Swarup Acharya

Product and Technology Executive

Greater New York City Area · 500+ connections

**Sign in to Connect**

**Nordstrom**

**The Wharton School**

## About

Product and technology innovator with 21-year leadership experience in product management, agile development, advanced analytics and R&D in E-commerce, Travel, IPTV and Ad-Tech space. With an extensive technical and business background, can seamlessly span nuts-and-bolts engineering to evangelizing product disruption at the executive level. Offer a track record of building high performance teams centered around a collaborative leadership style. Authored 29 patents, highly cited technical articles and recipient of multiple awards for product and technology innovation.

## Activity

Hear what our CEO, Sridhar Ramaswamy had to say about today's U.S. House virtual #techhearing examining big tech's role in promoting extremism and...

Liked by **Swarup Acharya**

Many more to go!

Liked by **Swarup Acharya**

Hi Everyone. Just wanted to say that I'm really excited to have joined Compass.com today. I couldn't be more excited or grateful to join such a great...

Liked by **Swarup Acharya**

Sign in to see all activity

## Experience

**Nordstrom**

4/22/2021



People ▼   Swarup   Acharya   🔍   Join now   Sign in

### VP Product, Ecommerce Experience
Feb 2021 - Present · 3 months

### VP Product, Full Price DIgital
Jun 2020 - Feb 2021 · 9 months

### VP Product, Store and Commerce
Apr 2020 - Jun 2020 · 3 months

Seattle, Washington, United States

### Senior Product Director
a4 Media

Apr 2019 - Apr 2020 · 1 year 1 month

### Independent Consultant
VSOA Consulting

Sep 2018 - Apr 2020 · 1 year 8 months

Product consultant in ecommerce, ad-tech and online travel.

### VP Product Management
Collective[i]

Feb 2018 - Aug 2018 · 7 months

Greater New York City Area

Collective[i] modernizes the sales organizations of Fortune 500 clients with artificial intelligence and buyer insights. A first-of-its-kind Sales Analytics platform, it combines a proprietary, self-learning network with client CRM and other relevant sources of data into intelligence for the world's leading sales organizations. Our patent-pending technology enables enterprises to imagine a modern sales force and help sales managers, operators and professionals to streamline/automate...

Show more

### VP, Product Management
Visible World

Feb 2016 - Jun 2017 · 1 year 5 months

Greater New York City Area

Visible World is the leading provider of targeted TV advertising solutions. Its flagship product, HighYield(TM), enables local and national advertisers to deliver programmatic TV ads to over 80% of U.S. cable homes in over 200 DMAs. Acquired by Comcast in June 2015, the team has grown with the addition of other TV advertising groups to become the primary TV ad-tech division within Comcast with a mission to deliver industry-standard, best-of-class advertising technology for the 'new' TV...

Show more

### Expedia, Inc.

3 years 7 months

### Senior Director, Global Product, Expedia.com
Jul 2014 - Jan 2016 · 1 year 7 months



(EI) major brands including Hotels.com, Expedia.com, Travelocity.com and Egencia.com and front-end search services for the Expedia.com brand.

The specific responsibilities of the product managers under me include EI's hotel pricing infrastructure, Geography, Sort, Lodging Analytics and a suite of...

Show more

### Senior Director, Product Management, Global Technology Organization

Jul 2012 - Jul 2014 · 2 years 1 month

Bellevue, WA

Hired to establish a product team responsible for the core pricing infrastructure for the lodging/hotel line of business. Hotels account for 70% of Expedia Inc.'s revenues and this stack serves as the critical pricing engine for the Expedia's major brands including Hotels.com, Expedia.com, Travelocity.com and Egencia.com.

Responsibilities also included product oversight for Geography, Sort, Expedia Web Services API that provides pricing feeds to meta partners (e.g., TripAdvisor, Kayak...

Show more

### Alcatel-Lucent, Bell Laboratories

15 years

### Senior Director, Global Research Strategy

Jan 2008 - 2012 · 4 years

Reporting to the Bell Labs Chief Scientist, defined and drove strategic R&D investments for Bell Labs. Among other achievements, helped reorient strategy to new focus areas such as wireless for rural markets, mobile health and green-telecom which led to the creation of the GreenTouch consortium amongst leading Telecom vendors, providers, research institutions and universities.

### Technical Manager

2003 - 2008 · 5 years

Greater New York City Area

Managed teams of various sizes doing advanced R&D to drive innovation into various products in the Alcatel-Lucent portfolio in optical, data and wireless networking space. Some highlights include leading the team building the network management controller for the first all-optical trans-Atlantic network using Lucent's LamdaRouter(TM) switch, network management innovations for Lucent's Ethernet/MPLS network switch portfolio and an IPTV management system called MiViewTV(TM) that allowed for...

Show more

### Member of Technical Staff

1997 - 2003 · 6 years

Part of the Database Principles research group, made significant research and product contributions including an approximate query answering system (to help the early OLAP/OLTP deployments) and Internet acceleration to help drive faster downloads during the early modem/wireless internet era.



| People ▼ | Swarup | Acharya | 🔍 |

Join now    Sign in

**The Wharton School**
MBA

2009 - 2011

**Brown University**
PhD · Computer Science

1991 - 1997

**Brown University**
ScM · Computer Science

1991 - 1993

**Indian Institute of Technology, Kharagpur**
B.Tech · Computer Science & Engineering

1987 - 1991

---

## Publications

**Selectivity estimation in spatial databases**
ACM Sigmod · 1999

Other authors

See publication

**Broadcast Disks: Data Management for Asymmetric Communication Environments**
ACM Sigmod · 1995
Foundational paper on push-based db systems. Cited over 1100 times till date.

Other authors

See publication

---

## Patents

**Signal distribution system with interrupt processing and trick play functionality**
Issued April 1, 2015 · United States · 9,015,782

Linked**in**

| People ▼ | Swarup | Acharya | 🔍 | Join now | Sign in |

See patent

**Targeted advertisement insertion with interface device assisted switching**
Issued February 1, 2015 · United States · 8,949,886

Other inventors

See patent

**Route precomputation method and apparatus for bandwidth guaranteed traffic**
Issued October 12, 2010 · United States · 7,813,270

Other inventors

**User interface methods and apparatus for roaming access to subscription services**
Issued March 1, 2010 · United States · 7,676,823

Other inventors

See patent

**Join synopsis-based approximate query answering**
Issued June 28, 2005 · United States · 6912524

Other inventors

See patent

**Selectivity estimation in spatial databases**



| People ▼ | Swarup | Acharya | 🔍 |

Join now　Sign in

See patent

## Honors & Awards

### Patents

-

Patents in IPTV, Targeted Advertising, Telecom, Databases, Internet technologies. As of Apr '15:

• 28 Granted (http://1.usa.gov/qgxWWa)
• 24 Pending (http://bit.ly/puGtow)

### Press Interviews/Articles

-

• The Roaming Revolution that Will Be Televised, Interview with Financial Times, London, Nov 2005 (http://bit.ly/1qapg74)
• Lager system for målrettet reklame på IPTV, Teleavisen, Norway, Dec 2007
• Lucent leads the trend of IMS Telecom services, Xinhua, China, Aug 2006
• CeBit 2006: Gadget Roundup, BBC News, Mar 2006 (http://bbc.in/1vgrt2J)
• Llegará tele de paga a dispositivos móviles, El Universal, Mexico, Nov 2005
• Pay-TV zum Mitnehmen, FT, Deutschland, Nov 2005.
• Bell...

Show more

### Publications

-

• 40+ peer-reviewed papers in leading database, data and mobile networking conferences

## View Swarup's full profile

See who you know in common

Get introduced

Contact Swarup directly

Sign in to view full profile

## People also viewed



**Megan Kiester**
SVP Technology at Nordstrom
Seattle, WA

 **Linked**in | People ▼ | Swarup | Acharya | 🔍 | Join now | Sign in

Greater Seattle Area

 **Edmond Mesrobian**
Chief Technology Officer at Nordstrom
Seattle, WA

 **Brian Gill**
Chief Product Officer at Nordstrom
Seattle, WA

 **Dan M.**
Vice President Of Product Management at Nordstrom
Greater Seattle Area

 **Jessica Agahi**
Vice President Of Product Management at Nordstrom
Atlanta, GA

 **Syed Arij**
Vice President Of Product Management at Nordstrom
San Francisco Bay Area

**Jim Hedington**
Principal Executive Recruiter
Greater Seattle Area

**Miguel Almeida**
EVP, President, Nordstrom.com
Seattle, WA

**Andrew Heidenreich**
Product Manager at TRC Healthcare
Denver Metropolitan Area

Show more profiles

## Others named **Swarup Acharya**

**Swarup Acharya**
Founder & CEO at Malus Technology
Bhubaneshwar

**Swarup Acharya**
Journalist at Kantipur Publications Translator : जिजीविषा (2020)
Nepal

**swarup acharya**
Owner, na
Ganjam

**SWARUP ACHARYA**
Master of English
India

19 others named Swarup Acharya are on LinkedIn

See others named **Swarup Acharya**

## Swarup's public profile badge





Peter Rabinovitch (Canada) | Professional Profile | LinkedIn

| People ▾ | Peter | Rabinovitch | 🔍 | | Join now   Sign in |
|---|---|---|---|---|---|



## Peter Rabinovitch

Canada · 494 connections

🔗 Websites

**Sign in to Connect**

## Activity



I recently made a very difficult decision, I decided to leave a company I love, a boss I love and a team I love in order to continue to learn and...

Liked by Peter Rabinovitch



In late May, Javier Moreno and I will be speaking at Lazy Load, a new online conference by Web Directions focused on frontend performance. We'll be...

Liked by Peter Rabinovitch

This week I finished my incredible 9 year journey at Akamai. The 2012 acquisition of Blaze by Akamai happened, in part, because Guy Podjarny and Mike...

Liked by Peter Rabinovitch

**Sign in to see all activity**

## Volunteer Experience

### Co-Chair, Ottawa
Data for Good

Mar 2014 - Jan 2018 · 3 years 11 months

Data for Good brings together leading data scientists with high impact social organizations through a comprehensive, collaborative approach that leads to shared insights, greater understanding, and positive action through data in the service of humanity.

Check out upcoming meetings at www.meetup.com/DataforGood-Ottawa

## Patents



People ▾ | Peter | Rabinovitch | 🔍

Join now | Sign in

Other inventors

See patent

**Simulated annealing for traffic matrix estimation**

Issued June 30, 2009 · United States · 7554970

Other inventors

**Fast simulated annealing for traffic matrix estimation**

Issued April 28, 2009 · United States · 7525929

Other inventors

**Method and apparatus for closed loop, out-of-band backpressure mechanism**

Issued November 18, 2008 · United States · 7453810

Other inventors

**Agent based router monitoring, diagnostic and maintenance**

Issued October 16, 2007 · United States · 7284162

Other inventors

**Method and system for counting new destination addresses**

Issued May 29, 2007 · United States · US 7917957 B2

Other inventors



| People ▾ | Peter | Rabinovitch | 🔍 |

Join now    Sign in

See patent

## Courses

**Algorithm Design and Analysis**
-

**Genome Rearrangement Algorithms**
-

**Nonlinear Dynamics and Chaos**
-

**Probability Theory**
-

**Queueing Theory**
-

**Statistical Inference**
-

**Stochastic Models of Broadband Networks**
-

**Time Series Analysis**
-

### View Peter's full profile

See who you know in common

Get introduced

Contact Peter directly

Sign in to view full profile

### People also viewed



**Charmaine Lam, MBA, PSPO, CSM, CBAP**
Seasoned Agile Practice Trainer and Hands-on Change Enabler
Ottawa, ON



**Ekam Shahi**
Honours Bachelor of Science, University of Toronto
Canada



 **Linked**in | People ▼ | Peter | Rabinovitch | 🔍 | Join now | Sign in

Vancouver, BC


**DAIHAI HE**
Associate Professor at The Hong Kong Polytechnic University
Hong Kong SAR


**Yingjie Wei**
Mathematics; Statistics
Canada


**Tariq Haddad, Ph.D.**
Manager-Software (DSP) Engineering Microchip Technology Inc.
Greater Ottawa Metropolitan Area


**Nora St-Aubin**
Content @ Officevibe by GSoft
Canada

**Alex S. Torson**
Postdoctoral Research Associate at Western University
Canada

**Alexandra Gifuni**
Team Lead of Technical Content at GSoft
Greater Montreal Metropolitan Area

**Artem Tartakynov**
Senior Software Engineer at Shopify
Canada

Show more profiles

## Others named **Peter Rabinovitch**

**Peter Rabinovitch**
Independent Design Professional
Beverly Hills, CA

1 other named Peter Rabinovitch is on LinkedIn

See others named **Peter Rabinovitch**

## Add new skills with these courses

Mistakes to Avoid in Machine Learning

Python for Data Science Essential Training Part 2

More Python Tips, Tricks, and Techniques for Data Science

See all courses







Join now    Sign in

🔍 Sean Burdick



### Sean Burdick

Director at Burdick Patents, PA

United States · 249 connections

**Sign in to Connect**

🔳 Burdick Patents, PA

📘 University of San Diego

## About

Patent attorney specializing in the engineering arts.

Specialties: prosecution

## Activity



I am thrilled to be co-chairing the ABA's 43rd Annual Forum on Franchising, Franchising in Focus 2020@Home, along with Gary Batenhorst, on October...

Liked by Sean Burdick

## Experience

**Patent Attorney**
Burdick Patents, PA
Jan 2009 - Present · 12 years 4 months
Boise, Idaho



**President & General Counsel**
Uniloc USA, Inc.
May 2010 - Dec 2018 · 8 years 8 months
Plano, TX



**Associate Attorney**
Weaver Austin Villeneuve Sampson, LLP
Aug 2009 - Apr 2010 · 9 months

Linked**in**

Join now · Sign in

🔍 Sean Burdick

Costa Mesa, CA



### Associate Attorney
Howrey LLP
Jan 2001 - Feb 2006 · 5 years 2 months



### Nuclear Engineer
Southern California Edison (SCE)
Feb 1997 - Jan 2001 · 4 years

assigned to San Onofre Nuclear Generating Station (Camp Pendleton, CA)



### Project Engineer
Nuclear Logistics Inc.
Feb 1996 - Feb 1997 · 1 year 1 month

Fort Worth, TX

### Electrical Engineer
Applied Energy Services
Feb 1995 - Feb 1996 · 1 year 1 month

Fishkill, NY

assigned to Eaton Consolidated Controls (Bethel, CT) and Schulz Electric (New Haven, CT)

### Electrical Engineer
MGP Instruments
Aug 1994 - Feb 1995 · 7 months

Smyrna, GA

### Electrical Engineer
NUCLEAR ENERGY SERVICES
Mar 1991 - Aug 1994 · 3 years 6 months

Braintree, MA

assigned to San Onofre Nuclear Generating Station (Camp Pendleton, CA)

### Electrical Engineer
ABB Impell Corp.
Apr 1990 - Mar 1991 · 1 year

Fort Worth, TX

assigned to Arkansas Nuclear One (Russellville, AR) and Comanche Peak SES (Glen Rose, TX)

## Education

### University of San Diego

Sean Burdick - Patent Attorney - Burdick Patents | LinkedIn

 Linked **in**

Join now    Sign in

🔍 Sean Burdick

B.S. · Electrical Engineering

1983 - 1989

## Volunteer Experience

**Major**

American Volunteer Reserve

May 2004 - Present · 17 years

Social Services

Officer assisting with military honors for a Veterans Service Organization

### View Sean's full profile

See who you know in common

Get introduced

Contact Sean directly

Sign in to view full profile

## People also viewed

 **John Faithful Hamer**
Teacher at John Abbott College
Montreal, QC

 **Rick Spitznass**
Independent Entertainment Professional
Los Angeles, CA

 **Kevin Barnett**
Experienced multi-unit team leader and coach.
San Francisco Bay Area

 **Yvette Zepeda**
Program Director - Community Service Work-Study Program
Redwood City, CA

 **Fiona Quilter**
Art Major at Chapman University | Aspiring Art Teacher
San Francisco Bay Area

 **Robert Gooding**
--
Costa Mesa, CA

 **Johanna Berta**

 Linked**in**

                                                             Join now    Sign in

🔍 Sean Burdick

Scotts Valley, CA

 **Ken Remson**
Special Counsel at Woolls Peer Dollinger & Scher
Los Angeles Metropolitan Area

 **Dan Bane**
Vice President of Business Development and General Counsel at Meyer Laboratory
Kansas City Metropolitan Area

Show more profiles ⌄

## Others named **Sean Burdick**

 **Sean Burdick**
President at Summit Technology Services, Inc.
Wellsville, NY

 **Sean Burdick**
911 Telecommunicator
Greater Chicago Area

 **Sean Burdick**
Principal Hardware Engineer at SoftIron
San Jose, CA

 **Sean Burdick**
Freelance Web / Graphic Designer, Project Manager
Binghamton, NY

12 others named Sean Burdick are on LinkedIn

See others named **Sean Burdick**

## Add new skills with these courses

 Understanding Trade Secrets: A Deeper Dive

 Programming Foundations: Open-Source Licensing

 Understanding Rights of Publicity: A Deeper Dive

See all courses

## Sean's public profile badge

Include this LinkedIn profile on other websites



| 10/613,104 | METHODS AND DEVICES FOR CREATING BI-DIRECTIONAL LSPS | 129250-001017/US | 04-23-2021::17:06:55 |

### Attorney/Agent Correspondence Information

#### Correspondence Address

| Name: | CAPITOL PATENT & TRADEMARK LAW FIRM, PLLC |
|---|---|
| Address: | P.O. BOX 1995<br>VIENNA VA 22183 |
| Customer Number: | 32498 |

#### Attorney/Agent Information

| Reg # | Name | Phone |
|---|---|---|
| 37602 | Curtin, John | 703-266-3330 |
| 64934 | Desai, Niraj | 908-582-0937 |
| 57778 | Diep, Louis | 408-203-8397 |
| 52611 | Fernandez, Cheryl | 224-730-6380 |
| 39512 | Granchelli, John | 613-784-6523 |
| 58512 | Huang, Guorong | 858-208-9888 |
| 60158 | Kurceren, Ragip | 972-603-5365 |
| 42854 | McCabe, John | 908-679-5796 |
| 53713 | Pumphrey, Rebecca | 847-532-8067 |
| 69160 | Qiao, Yi | 847-532-8020 |
| 36658 | Rosenthal, Eugene | 732-996-7171 |
| 40156 | Santema, Steven | 972-477-3735 |
| 71787 | Shamsaei Far, Hassan | 908-376-8593 |
| L0850 | Shamsaei Far, Hassan | -- |
| 40880 | Wyse, Stephen | 972-765-0599 |
| 34759 | Yip, Alex | 551-482-9841 |
| 61828 | van Waes, Nico | 972-894-5669 |
| 57208 | van der Sluis, Marcel | 819-744-8161 |

**Close Window**

| 10/720,897 | MULTICAST ARCHITECTURE FOR A VIRTUAL PRIVATE LOCAL AREA NETWORK SERVICE IN A METRO ETHERNET NETWORK | 139151USNP | 04-23-2021::17:02:55 |
|---|---|---|---|

## Attorney/Agent Correspondence Information

### Correspondence Address

| Name: | Docket Administrator - Room 3B-212F |
|---|---|
| Address: | Alcatel-Lucent USA Inc.<br>600-700 Mountain Avenue<br>Murray Hill NJ 07974-0636 |
| Customer Number: | 24587 |

### Attorney/Agent Information

| Reg # | Name | Phone |
|---|---|---|
| 63448 | Bilicska, Carl | 908-723-4249 |
| 68754 | Chen, Gang | 312-840-3263 |
| 64934 | Desai, Niraj | 908-582-0937 |
| 44798 | Jacobs, Jeffrey | 630-718-5522 |
| 46266 | La Bruno, David | 732-542-2280 |
| 41170 | MacIntyre, John | 630-979-4637 |
| 42854 | McCabe, John | 908-679-5796 |
| 41209 | Murgia, Gregory | 908-547-3386 |
| 38979 | Narcisse, Claude | 973-337-6226 |
| 55560 | Ralston, Andrew | 214-479-7845 |
| 36658 | Rosenthal, Eugene | 732-996-7171 |
| 40156 | Santema, Steven | 972-477-3735 |
| 71787 | Shamsaei Far, Hassan | 908-376-8593 |
| 36698 | Teitelbaum, Ozer | 908-582-3734 |
| 61898 | Vogel, Peter | 908-582-3546 |
| 40880 | Wyse, Stephen | 972-765-0599 |
| 34759 | Yip, Alex | 551-482-9841 |

Close Window

| 11/443,101 | SYSTEM AND METHOD FOR RESILIENT VPLS OVER MULTI-NODAL APS PROTECTED PROVIDER EDGE NODES | ALC 3242.01 | 04-23-2021::17:09:12 |
|---|---|---|---|

## Attorney/Agent Correspondence Information

## Correspondence Address

| Name: | Terry W. Kramer, Esq. |
|---|---|
| Address: | Kramer & Amado, P.C.<br>225 REINEKERS LN<br>SUITE 300<br>Alexandria VA 22314 |
| Customer Number: | 76614 |

## Attorney/Agent Information

| Reg # | Name | Phone |
|---|---|---|
| 51399 | Amado, Arlir | 703-519-9801 |
| 64934 | Desai, Niraj | 908-582-0937 |
| 39512 | Granchelli, John | 613-784-6523 |
| 41541 | Kramer, Terry | 703-519-9801 |
| 42854 | McCabe, John | 908-679-5796 |
| 38979 | Narcisse, Claude | 973-337-6226 |
| 40106 | Nuss, Eric | 703-504-2426 |
| 38582 | Powers, Thomas | 703-519-9801 |
| 40156 | Santema, Steven | 972-477-3735 |
| 71787 | Shamsaei Far, Hassan | 908-376-8593 |
| L0850 | Shamsaei Far, Hassan | -- |
| 59241 | Wamsley, Patrick | 703-519-9801 |
| 40880 | Wyse, Stephen | 972-765-0599 |

**Close Window**

| 10/745,881 | ROUTE DETERMINATION METHOD AND APPARATUS FOR VIRTUALLY-CONCATENATED DATA TRAFFIC | 19-7-7-8 | 04-23-2021::17:05:35 |

## Attorney/Agent Correspondence Information

### Correspondence Address

| Name: | Ryan, Mason & Lewis, LLP |
|---|---|
| Address: | 90 Forest Avenue<br>Locust Valley NY 11560 |
| Customer Number: | - |

### Attorney/Agent Information

| Reg # | Name | Phone |
|---|---|---|
| 37590 | Brown, Kenneth (Not Active) | - |
| 39961 | Dinella, Donald | 908-672-0677 |
| 26166 | Freedman, Barry | 908-692-6773 |
| 37138 | Garceran De Vall, Julio | 919-407-5343 |
| 36528 | Goo, Jimmy | 917-626-7040 |
| 27336 | Gurey, Stephen (Not Active) | - |
| 51069 | Herring, David Jr | 610-712-1815 |
| 36164 | Hodulik, Matthew | 908-546-5999 |
| 41170 | MacIntyre, John | 630-979-4637 |
| 34866 | Malvone, Christopher | 855-208-8563 |
| 42854 | McCabe, John | 908-679-5796 |
| 46935 | Milton, James | 404-505-0934 |
| 41209 | Murgia, Gregory | 908-547-3386 |
| 39260 | Rappaport, Irena | 908-582-2255 |
| 36658 | Rosenthal, Eugene | 732-996-7171 |
| 37922 | Ryan, Joseph | 631-393-6155 |
| 40156 | Santema, Steven | 972-477-3735 |
| 43084 | Sasso, David | 425-441-8688 |
| 36698 | Teitelbaum, Ozer | 908-582-3734 |

Close Window

| 10/712,104 | SOFTWARE CONFIGURABLE CLUSTER-BASED ROUTER USING HETEROGENEOUS NODES AS CLUSTER NODES | ALC 3420 | 04-23-2021::17:03:50 |

## Attorney/Agent Correspondence Information

### Correspondence Address

| Name: | Terry W. Kramer, Esq. |
|---|---|
| Address: | Kramer & Amado, P.C.<br>225 REINEKERS LN<br>SUITE 300<br>Alexandria VA 22314 |
| Customer Number: | 76614 |

### Attorney/Agent Information

| Reg # | Name | Phone |
|---|---|---|
| 51399 | Amado, Arlir | 703-519-9801 |
| 64934 | Desai, Niraj | 908-582-0937 |
| 39512 | Granchelli, John | 613-784-6523 |
| 41541 | Kramer, Terry | 703-519-9801 |
| 42854 | McCabe, John | 908-679-5796 |
| 38979 | Narcisse, Claude | 973-337-6226 |
| 40106 | Nuss, Eric | 703-504-2426 |
| 38582 | Powers, Thomas | 703-519-9801 |
| 40156 | Santema, Steven | 972-477-3735 |
| 71787 | Shamsaei Far, Hassan | 908-376-8593 |
| L0850 | Shamsaei Far, Hassan | -- |
| 59241 | Wamsley, Patrick | 703-519-9801 |
| 40880 | Wyse, Stephen | 972-765-0599 |

**Close Window**