# Exhibit I

 Richardson, TX to 800 Franklin Avenue #301, Waco, TX

Drive 114 miles, 2 hr 14 min

## Richardson
Texas

### Get on US-75 S
3 min (1.2 mi)

1. Head northwest on E Main St toward N Greenville Ave

   0.3 mi

2. Turn left onto S Central Expy

   0.7 mi

3. Slight left to merge onto US-75 S

   0.2 mi

### Take I-35E S and I-35 S to N Interstate 35 Frontage Rd/S Jack Kultgen Expy/J H Kultgen Expy in Waco
1 hr 39 min (111 mi)

4. Merge onto US-75 S

   10.6 mi

5. Continue onto I-345/US-75 S

   0.6 mi

6. Continue onto US-75 S

   0.4 mi

7. Keep left to continue on US-75

   1.0 mi

8. Continue onto I-45 S

   8.3 mi

9. Take exit 276A to merge onto I-20 W toward Ft Worth

   5.5 mi

10. Take exit 467B to merge onto I-35E S toward Waco

    48.3 mi

11. Merge onto I-35 S

    36.6 mi

### Follow S 17th St to Franklin Ave
5 min (1.8 mi)

12. Slight right onto N Interstate 35 Frontage Rd/S Jack Kultgen Expy/J H Kultgen Expy

    0.1 mi

13. Turn right onto S 17th St

    1.0 mi

↱ 14. Turn right onto Franklin Ave
ⓘ Destination will be on the right

0.7 mi

# 800 Franklin Ave #301
Waco, TX 76701

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

 **Plano, Texas to 800 Franklin Avenue #301, Waco, TX**   Drive 120 miles, 2 hr 19 min

# Plano
Texas

**Get on US-75 S**

4 min (1.0 mi)

1. Head west on E 15th St toward K Ave

0.6 mi

2. Use the left lane to turn left onto N Central Expy

0.1 mi

3. Use the left lane to take the ramp onto US-75 S

0.3 mi

**Continue on US-75 S. Take I-35E S and I-35 S to N Interstate 35 Frontage Rd/S Jack Kultgen Expy/J H Kultgen Expy in Waco**

1 hr 44 min (117 mi)

4. Merge onto US-75 S

0.5 mi

5. Keep left to stay on US-75 S

15.8 mi

6. Continue onto I-345/US-75 S

0.6 mi

7. Continue onto US-75 S

0.4 mi

8. Keep left to continue on US-75

1.0 mi

9. Continue onto I-45 S

8.3 mi

10. Take exit 276A to merge onto I-20 W toward Ft Worth

5.5 mi

11. Take exit 467B to merge onto I-35E S toward Waco

48.3 mi

12. Merge onto I-35 S

36.6 mi

**Follow S 17th St to Franklin Ave**

5 min (1.8 mi)

13. Slight right onto N Interstate 35 Frontage Rd/S Jack Kultgen Expy/J H Kultgen Expy

0.1 mi

↱ 14. Turn right onto S 17th St

1.0 mi

↱ 15. Turn right onto Franklin Ave
🛈 Destination will be on the right

0.7 mi

# 800 Franklin Ave #301
Waco, TX 76701

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.