# Exhibit J



| Date | Court | Case No. | Motion | Result |
|---|---|---|---|---|
| Nov. 8, 2019 | NDCA | 4-19-cv-02269 | Stay Pending Inter Partes Revi.. | Granted |
| Nov. 13, 2019 | NDCA | 4-18-cv-01885 | Stay Pending Inter Partes Revi.. | Granted |
| Jan. 17, 2020 | NDCA | 4-19-cv-01315 | Stay Pending Inter Partes Revi.. | Granted |
| Jan. 22, 2020 | NDCA | 3-19-cv-01697 | Stay Pending Inter Partes Revi.. | Granted |
| Feb. 6, 2020 | NDCA | 5-19-cv-04809 | Stay Pending Inter Partes Revi.. | Granted |
| Feb. 20, 2020 | NDCA | 5-18-cv-02352 | Stay Pending Inter Partes Revi.. | Denied |
| Jun. 10, 2020 | WDTX | 1-18-cv-00554 | Stay Pending Inter Partes Revi.. | Granted |
| | | 1-18-cv-00555 | Stay Pending Inter Partes Revi.. | Granted |
| Jun. 15, 2020 | NDCA | 4-18-cv-05434 | Stay Pending Inter Partes Revi.. | Denied |
| Jun. 23, 2020 | WDTX | 6-19-cv-00514 | Stay Pending Inter Partes Revi.. | Denied |
| | | 6-19-cv-00515 | Stay Pending Inter Partes Revi.. | Denied |
| Jul. 22, 2020 | WDTX | 7-18-cv-00147 | Stay Pending Inter Partes Revi.. | Denied |
| Aug. 27, 2020 | NDCA | 3-19-cv-05644 | Stay Pending Inter Partes Revi.. | Granted |
| Aug. 31, 2020 | NDCA | 3-19-cv-01206 | Stay Pending Inter Partes Revi.. | Granted |
| Sep. 9, 2020 | NDCA | 3-19-cv-05697 | Stay Pending Inter Partes Revi.. | Denied without prejudice |
| Sep. 28, 2020 | NDCA | 3-19-cv-02471 | Stay Pending Inter Partes Revi.. | Granted |
| Nov. 6, 2020 | NDCA | 3-20-cv-00484 | Stay Pending Inter Partes Revi.. | Granted |