# EXHIBIT B

| | |
|---|---|
| From: | TXW_USDC_Notice@txwd.uscourts.gov |
| Sent: | Thursday, May 20, 2021 11:50 AM |
| To: | cmecf_notices@txwd.uscourts.gov |
| Subject: | Activity in Case 6:20-cv-00903-ADA WSOU Investments LLC v. Juniper Networks, Inc. Discovery Hearing |

**CAUTION: External E-mail. Use caution accessing links or attachments.**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court [LIVE]**

**Western District of Texas**

## Notice of Electronic Filing

The following transaction was entered on 5/20/2021 at 1:50 PM CDT and filed on 5/20/2021
**Case Name:**   WSOU Investments LLC v. Juniper Networks, Inc.
**Case Number:**  6:20-cv-00903-ADA
**Filer:**
**Document Number:** 60

**Docket Text:**
**Minute Entry for proceedings held before Judge Alan D Albright. Discovery Hearing held on 5/20/2021. Case called for Discovery Hearing by zoom. The Court heard argument from both sides and determined he would grant the protective order. The Court also set May 24 for defendant's reply and May 30 for the plaintiff's sur reply with a hearing on the Motion to Transfer before the Markman Hearing which is scheduled on June 3. (Minute entry documents are not available electronically.) (Court Reporter Kristie Davis.)(bw)**

6:20-cv-00903-ADA Notice has been electronically mailed to:

Alessandra Carcaterra Messing    amessing@brownrudnick.com, jdyer-ramnarine@brownrudnick.com

B. Russell Horton    rhorton@gbkh.com, kseabolt@gbkh.com, tmanassian@gbkh.com

David M. Stein    dstein@brownrudnick.com, csuda@brownrudnick.com

Edward J. Naughton    enaughton@brownrudnick.com, asimmons@brownrudnick.com

Joseph E. Reed     joereed@quinnemanuel.com, rachelaripez@quinnemanuel.com

Kevin P.B. Johnson     kevinjohnson@quinnemanuel.com, calendar@quinnemanuel.com, jackievalenzuela@quinnemanuel.com

Margaret Shyr     margaretshyr@quinnemanuel.com

Nima Hefazi     nimahefazi@quinnemanuel.com, adelyaashralieva@quinnemanuel.com

Pushkal Mishra     pushkalmishra@quinnemanuel.com

Raymond W Mort , III     raymort@austinlaw.com, 7999287420@filings.docketbird.com, ecf@austinlaw.com

Rebecca M. Lecaroz     rlecaroz@brownrudnick.com, cmatthews@brownrudnick.com

Sarah Gabrielle Hartman     shartman@brownrudnick.com, csuda@brownrudnick.com, ehosang@brownrudnick.com

Timothy J. Rousseau     trousseau@brownrudnick.com, ehosang@brownrudnick.com, jdyer-ramnarine@brownrudnick.com

Todd M. Briggs     toddbriggs@quinnemanuel.com, calendar@quinnemanuel.com, patriciareilly@quinnemanuel.com, todd-briggs-0030@ecf.pacerpro.com

Yarelyn Mena     ymena@brownrudnick.com, ehosang@brownrudnick.com, jdyer-ramnarine@brownrudnick.com

**6:20-cv-00903-ADA Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=5/20/2021] [FileNumber=25006369-0] [af3ae55408a703b87956baf63442e1311943de428b2451332d9314cbd47abeb3f6 9350229bfaa52dd51b82165760ee75081b43f5537b938bb34eb51c5eab4c07]]